**PROOF OF SERVICE**

I, Matthew Zimmerman, declare:

I am employed in the City and County of San Francisco, California by Electronic Frontier Foundation at 454 Shotwell Street, San Francisco, California 94110.  I am over the age of eighteen years and am not a party to the within cause.

On October 30, 2009, at the above-referenced address, I served the attached AMENDED NOTICE OF MOTION TO QUASH on the interested parties in said cause by

___  personal delivery by messenger service of the document(s) above to the person(s) at the address(es) set forth below:

_X_  placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in accordance with the firm's practice of collection and processing correspondence with the United States Postal Service, which in the normal course of business provides for the deposit of all correspondence and documents with the United States Postal Service on the same day they are collected and processed for mailing to the person(s) at the address(es) set forth below:

Margaret Sherry Lucio, Esq.
One Commerce Square
2005 Market Street, Suite 3320
Philadelphia, PA 19103

___  facsimile transmission pursuant to Rule 2008 of the California Rules of Court on this date before 5:00 p.m. (PST) of the document(s) listed above from sending facsimile machine telephone number (415) 436-9993, and which transmission was reported as complete and without error (copy of which is attached), to facsimile number(s) set forth below:

___  consigning the document(s) listed above to an express delivery service for guaranteed delivery on the next business day to the person(s) at the address(es) set forth below:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: October 30, 2009                    */s/Matthew Zimmerman*
                                                                  MATTHEW ZIMMERMAN