1   SCHIFF HARDIN LLP
    JEFFREY R. WILLIAMS (Cal. Bar No. 84156)
2   jrwilliams@schiffhardin.com
    ALEX P. CATALONA (Cal. Bar No. 200901)
3   acatalona@schiffhardin.com
    One Market, Spear Street Tower, 32nd Floor
4   San Francisco, CA 94105
    Telephone:   (415) 901-8700
5   Facsimile:   (415) 901-8701

6   Attorneys for Plaintiff-Respondent
    USA TECHNOLOGIES, INC.
7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11  USA TECHNOLOGIES, INC.,              Case No.: CV 09-80 275 MISC (SI)

12              Plaintiff-Respondent,    **NOTICE OF APPEARANCE OF
                                         ALEX P. CATALONA**
13          v.
                                         Date:  December 18, 2009
14  JOHN DOE, a.k.a., "STOKKLERK," et    Time:  9:00 a.m.
    al.,                                 Courtroom:  10, 19th Floor
15                                       Judge:  Hon. Susan Illston
                Defendant-Movant.
16

17

18

19

20  TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

21          Please enter my appearance as counsel in this case for Plaintiff USA

22  Technologies, Inc.  I request that copies of all pleadings, papers, notices and other

23  documents be addressed to Plaintiff counsel as follows:

24

25          ALEX P. CATALONA (Cal. Bar No. 200901)
            SCHIFF HARDIN LLP
26          One Market, Spear Street Tower, 32nd Floor
            San Francisco, CA 94105
27          Telephone:   (415) 901-8700
            Facsimile:   (415) 901-8701
28          acatalona@schiffhardin.com

1
2      I certify that I am admitted to practice in this Court
3   DATED:  November 24, 2009          SCHIFF HARDIN LLP
4
5                                       By  /s/ Alex Catalona
6                                          Alex P. Catalona (Bar No. 200901)
                                          Attorneys for Plaintiff-Respondent USA
7                                          TECHNOLOGIES, INC.
8
9
10   SF\9513107.1
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

00226.00002
649106.1
NOTICE OF APPEARANCE

1

## Certificate of Service

2      The undersigned hereby certifies that all counsel of record who are deemed

3 to have consented to electronic service were served the 24th day of November,

4 2009, with a copy of USA TECHNOLOGIES, INC.'s **NOTICE OF**

5 **APPEARANCE OF ALEX P. CATALONA** via the Court's CM/ECF system.  I

6 certify that all parties in this case are represented by counsel who are CM/ECF

7 participants.

8

9

Dated: November 24, 2009                          Respectfully submitted,
10                                                 Schiff Hardin LLP

11

12

13                                                 By: /s/ Alex P. Catalona
                                                   Alex P. Catalona
14                                                 Attorneys for Plaintiff-Respondent
                                                   USA TECHNOLOGIES, INC.
15

16

17

18

19

20

21

22

23

24

25

26

27

28

00226.00002
649106.1
                                    - 1 -
                            NOTICE OF APPEARANCE