EXHIBIT 4

# STOKKLERK STATEMENT FROM APRIL 15, 2009 AT 10:21AM

New User? Sign Up | Sign In | Help                    Get Yahoo! Toolbar                         Yahoo!      Mail

# YAHOO! FINANCE

Search [                    ]          Web Search

What improvements would you like in Yahoo Finance Message Boards? Please send us feedback.

## USA Technologies Inc. - Quote Info                                 Message Boards Settings

Search : [                    ] in [USA Technologies Inc. bo ▼]  Search        ▷ Advanced Search

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks U > USA Technologies Inc.

View all Topics | View all Messages        < Newer Topic | Older Topic >          Get Message Board for: [      ] GO

ADVERTISEMENT

**View:** Simple | Summary | Expanded
**As:** Threaded | Msg List                    Page 1 of about 1  First | < Prev | Next > | Last

## Messages in Topic                Minimum rating: [2 stars - unrated ▼] What's this?


**Why Pay a Loan Officer?**
Skip the Salesperson and Keep the Commission!
Lock In Your Rate Online
CloseYourOwnLoan.com
1-800-276-CYOL (2965)

---

**Any vending industry guys out there?**                    2-Apr-09 06:01 pm

Curious to hear thoughts on why getting cashless in the vending industry is so slow?

ewebtrader

28/Male
Menlo Park,...

View Messages
Ignore User
Report Abuse

**Rating :**
★★★★★ (No ratings)        **Rate it:** ☆☆☆☆☆

---

### USA Technologies Inc. (USAT)

USAT 10-Dec 11:53am (C)Yahoo!
1.70 / 1.68 / 1.66 / 1.64 / 1.62
10am  12pm  2pm  4pm
At 12:31PM ET: **1.62** ↓0.07 (4.14%)

Enter Symbol(s): [        ] Get Quote
e.g. YHOO, ^DJI
Symbol Lookup

Get streaming real-time quotes - Free Trial

Quote data delayed 15 minutes for Nasdaq, NYSE and Amex. For delay times on other exchanges see exchange table.

---

**Re: Any vending industry guys out there?**            8-Apr-09 01:15 pm

I work within the vending industry and talk to the guys at USAT a lot and I have a personal opinion as to why getting into cashless vending is so slow. The expectation for our industry are so low that even when operators put card acceptors in machines the customers don't use them much. This leads the operator to pass on the upgrade because it is not profitable. My business focuses on wireless digital signage for vending machines. A lot of my studies point to the idea that effective signage is the answer to the problem. Unfortunately, it is very hard to get people to listen to you in this industry. The good news is that I am starting to attract larger and larger operators to my signage, and at some point, maybe USAT will do some testing with me - or a large operator with USAT readers and my signs will share the data with USAT. Until some type of effective signage exists on the vending machine, the operators will continue to see subpar results. That said, once the customers know that card readers are there, they do use them and sales go up significantly. I would hold this stock. They are the leader in the industry and the only direct way to invest in the cashless vending trend.

tazmo85048

☺ Online Now
27/Male
Phoenix, AZ

View Messages
Ignore User
Report Abuse

**Rating :**
★★★★★ (1 Rating)        **Rate it:** ☆☆☆☆☆

---

**Re: Any vending industry guys out there?**            8-Apr-09 02:35 pm

I am a long time investor in USAT and agree that the signage has been a habitual problem. I met with George and company at an investor conference in PA and got to see the Business Express. Now I am the go to guy for tech lead for the company I work for (Fortune 500) and I couldn't figure out how to get started quickly enough for me to want to use the product. I recommended signs on that as well

mbastockhob...


### SPONSORED LINKS

Want to Master The Stock Market? - Karl Dittman, Stock Market Veteran of 30 Years, Shares His Secrets.
www.TradingStockIndices.com

Stock Market News - Find the latest positive news on penny stocks.
GoodPennyStocks.com/News

Boarding Boat Mats by Allmats - Attractive and durable rubber backed mats. Embroider your logo today.

so that people would understand that some of the functions were behind the monitor. (If it is not on the keyboard or monitor you already lost my attention and wanting to use the product.)

As far as the credit cards on the machines I was down in S.C. this week and saw some MEI card readers that were doing quite well. The difference is that a 10" x 12" sign was posted on the front saying something like You can pay with credit. Additional there were signs mentioning vending machines that accept credit around the corner. It appeared to be working.

Still a big fan, however I have learned to take most of my money elsewhere as there are definately some common sense growing pains that this company still needs to get through.

So with my toe dipped in the water I wish them the best!

**Sentiment :** Buy

**Rating :**
★★★★★ (1 Rating)

**Rate it:**
☆☆☆☆☆

---

### Re: Any vending industry guys out there?                    14-Apr-09 08:50 am

great news with visa, now usat is working with master card and visa

sonnyian1



54/Male

View Messages
Ignore User
Report Abuse

**Sentiment :** Strong Buy

**Rating :**
★★★★★ (1 Rating)

**Rate it:**
☆☆☆☆☆

---

### Re: Any vending industry guys out there?                    14-Apr-09 05:14 pm

too bad they don't know how to make money!!

beatthecroo...



57/Male
Folsom, CA

View Messages
Ignore User
Report Abuse

**Rating :**
★★★★★ (1 Rating)

**Rate it:**
☆☆☆☆☆

---

### Re: Any vending industry guys out there?                    15-Apr-09 10:21 am

I would argue that USAT knows how to make money--for top management and insiders. That, in fact, is its core business. USAT exists to transfer assets to its insiders and liabilities to shareholders of common stock. The occasional smoke about new accounts is nothing more than the mechanism by which it maintains the illusion of prosperity being just over the horizon.

The observer will take note that for insiders prosperity arrived a long time ago.

USAT: "soft Ponzi"?

stokklerk

44/Male
Sand Deigo

View Messages

★★★★★ (6 Ratings)    ☆☆☆☆☆

Ignore User
Report Abuse

---

**Re: Any vending industry guys out there?**    23-Apr-09 06:26 pm

Maybe these guys are smarter than I thought. Maybe they know how to line their pockets at the stockholders expense. All along I thought that they were surrounded by bozone (bozone - the substance that surrounds bozos that prevents them from acting rationally) and just didn't have a clue on why income greater than expense is a good thing.



rbagby_2

75/Male
Virginia Be...

View Messages
Ignore User
Report Abuse

Sentiment : Hold

Rating :
★★★★★ (1 Rating)

Rate it:
☆☆☆☆☆

---

**Re: Any vending industry guys out there?**    27-Apr-09 01:32 pm

I talked to Jensen at the show. This latest layoff is really going to help the profitability issue. I would like to see USAT get bought out, but in this economy it is hard to get anything done. The next few quarters should be interesting though - they still control about 80% of the cashless vending market and they have gone through their PCI certification, so they are ahead of a lot of the competition. That said, if the card companies create a new rate level for the vending industry and open it up to all processors, their may come a day where operators can choose among dozens of processors. That will make it interesting and I think it is happening sooner rather than later.

tazmo85048

☺ Online Now
27/Male
Phoenix, AZ

View Messages
Ignore User
Report Abuse

Rating :
★★★★★ (1 Rating)

Rate it:
☆☆☆☆☆

---

**Re: Any vending industry guys out there?**    27-Apr-09 08:44 pm

Really, odd there was no press release. I knew they were working on it but my understanding is that they are a LONG WAY AWAY from a certification that matches their level of volume.

vendiddle

View Messages
Ignore User
Report Abuse

Rating :
★★★★★ (1 Rating)

Rate it:
☆☆☆☆☆

---

**Re: Any vending industry guys out there?**    28-Apr-09 11:51 am

I went to a seminar at the NAMA show and they announced it. I don't know - you would think with the reduced head count they should be able to show better earnings over the next several quarters. I am not selling my stock.

tazmo85048

☺ Online Now
27/Male
Phoenix, AZ

View Messages

Rating :    Rate it:

★★★★★ (1 Rating)        ☆☆☆☆☆

Ignore User

Report Abuse

████

**Re: Any vending industry guys out there?**          28-Apr-09 01:02 pm

Yep, they're on the list...                                vendiddle

http://usa.visa.com/download/merchants/c...

View Messages

Ignore User

Report Abuse

**Rating :**                    **Rate it:**
★★★★★ (1 Rating)          ☆☆☆☆☆

████

╎.... **See more replies**

**View:** Simple | Summary | Expanded          Page 1 of about 1   First | < Prev | Next > | Last
**As:** Threaded | Msg List

< Newer Topic | Older Topic >

Copyright 2009 © Yahoo! Inc.  All right reserved. Terms of Service - Copyright/IP Policy - Send Feedback - Help
We collect personal information on this site. For more information please see our Privacy Policy - About Our Ads.

# STOKKLERK STATEMENT FROM JULY 8, 2009 AT 9:09AM





New User? Sign Up | Sign In | Help        Get Yahoo! Toolbar          Yahoo!      Mail

# YAHOO! FINANCE

| Search | Web Search |

What improvements would you like in Yahoo! Finance Message Boards? Please send us feedback.

## USA Technologies Inc. - Quote Info

Message Boards Settings

Search : [                    ] in [USA Technologies Inc. bo... ▾] [ Search ]        ▷ Advanced Search

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks U > USA Technologies Inc.

View all Topics | View all Messages      < Newer Topic | Older Topic >        Get Message Board for: [        ] [ GO ]

**View:** Simple | Summary | Expanded                                    ADVERTISEMENT
**As:** Threaded | Msg List        Page 1 of about 1   First | < Prev | Next > | Last

### Messages in Topic        Minimum rating: [2 stars + unrated ▾] What's this?

---

**Game, Set, Match**                                          7-Jul-09 09:55 pm

Just back from vacation... stopped by a Tanger Outlet Mall where they have a few    michael_moo...
dozen Coke machines with a dandy payment device:

Bill acceptor + credit card reader all in one manufactured by MEI

Game, set, match MEI... good-bye USAT and good-bye to the $165M investors    View Messages
dropped in this SCAM to enrich management.                                    Ignore User

http://www.meigroup.com/usa/vending/news...                                   Report Abuse

**Sentiment : Strong Sell**

**Rating :**
★★★★★ (2 Ratings)          **Rate it:** ☆☆☆☆☆

### USA Technologies Inc. (USAT)

USAT 10-Dec 12:31pm (C)Yahoo
1.70
1.68
1.66
1.64
1.62
      10am   12pm   2pm   4pm

At 1:14PM ET: **1.61** ↓ 0.08 (4.73%)

Enter Symbol(s): [          ] [ Get Quote ]
e.g. YHOO, ^DJI
            Symbol Lookup

Get streaming real-time quotes – Free Trial

Quote data delayed 15 minutes for Nasdaq, NYSE and Amex. For delay times on other exchanges see exchange table.

---

**Re: Game, Set, Match**                                      8-Jul-09 08:45 am

Great find. Have to agree with you!                                          vendoolie

                                                                             View Messages
                                                                             Ignore User
                                                                             Report Abuse

**Rating :**
★★★★★ (1 Rating)          **Rate it:** ☆☆☆☆☆

---

**Re: Game, Set, Match**                                      8-Jul-09 09:09 am

**SPONSORED LINKS**

FDA eMarketing Training - Free guide to navigating FDA online marketing regulations. www.klick.com

Would You Like To Work From Home? - Discover Online Marketing. Start Making Money, You Found Your New Job. www.TimeToGetYours.net

YELLOWPAGES.Com® - Need Something? Search The Complete Directory On YELLOWPAGES.COM.

---

Fear not, MEI is doomed. USAT's portfolio of patents will ride to the rescue.

Sure they will.

USAT: soft Ponzi?

Follow the money and judge for yourself.

stokklerk

44/Male
Sand Deigo

View Messages
Ignore User
Report Abuse

**Rating :**
★★★★★ (2 Ratings)

**Rate it :**
☆☆☆☆☆

---

**Re: Game, Set, Match**                    1-Aug-09 12:31 pm

You must work for MEI. If you followed everything like I do you would know that MEI's reader has been around for years and it is not anywhere near as sophisticated or priced anywhere close to usa techs readers.

Why do you think Mars dumped the company? The hand writing on the wall was that usat owned the market with the patents and the technology. Mars got out at the right time. IMHO

slvfx

57/Male
Pennsylvani...

View Messages
Ignore User
Report Abuse

**Rating :**
★★★★★ (No ratings)

**Rate it :**
☆☆☆☆☆

---

**Re: Game, Set, Match**                    16-Aug-09 01:41 am

At least MEI makes money. They are the largest maker of bill and coin mechanisms for the vending industry.

I would be worried in that MEI has an advantage of being able to combine the coin/bill and card reader into one package.

USAT may have the best card reader IP but all they have shown they can do is lose money. In fact they are very good at that.

giveitsomet...

Male
NY

View Messages
Ignore User
Report Abuse

**Sentiment : Sell**

**Rating :**
★★★★★ (1 Rating)

**Rate it :**
☆☆☆☆☆

---

**View:** Simple | Summary | Expanded          Page 1 of about 1  First | < Prev | Next > | Last
**As:** Threaded | Msg List

< Newer Topic | Older Topic >

Copyright 2009 © Yahoo! Inc. All right reserved. Terms of Service - Copyright/IP Policy - Send Feedback - Help
We collect personal information on this site. For more information please see our Privacy Policy - About Our Ads.

www.YellowPages.com

lost board shorts - Shop Surf Fanatics for the Latest & Hottest Lost Apparel.
www.SurfFanatics.com/Lost

# STOKKLERK STATEMENT FROM JULY 21, 2009 AT 6:19PM

New User? Sign Up | Sign In | Help         Get Yahoo! Toolbar         Yahoo!     Mail

# YAHOO! FINANCE

| Search | | Web Search |

---

What improvements would you like in Yahoo! Finance Message Boards? Please send us feedback.

## USA Technologies Inc. - Quote Info

Message Boards Settings

Search : [　　　　　　　　　　] in [ USA Technologies Inc. bo... ▾ ] [ Search ]

▷ Advanced Search

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks U > USA Technologies Inc.

View all Topics | View all Messages    < Newer Topic | Older Topic >

Get Message Board for: [　　　] [ GO ]

ADVERTISEMENT

**View:** Simple | Summary | Expanded
**As:** Threaded | Msg List          Page 1 of about 1   First | < Prev | Next > | Last

## Messages in Topic

Minimum rating: [ 2 stars + unrated ▾ ]   What's this?

---

### Rights offering               21-Jul-09 10:18 am

Ok, some help needed. The rights offering, what is the general opinion of the board?
Does this seem like a good deal to current shareholders? Are U going to exercise this
option and why? Tks. I basically understand this offering, just would like some
opinions.

Players2

View Messages
Ignore User
Report Abuse

**Rating :**
★★★★★ (1 Rating)       **Rate it:** ☆☆☆☆☆

[ Reply ]

---

### Re: Rights offering              21-Jul-09 10:30 am

Someone in the know please comment....

joelmarl

Male

View Messages
Ignore User
Report Abuse

**Sentiment :** Hold

**Rating :**
★★★★★ (No ratings)       **Rate it:** ☆☆☆☆☆

[ Reply ]

---

### Re: Rights offering              21-Jul-09 11:19 am

I am not "in the know" but I have invested in this company since 2000 and have
seen nothing but cash burn. As fast as they make it (thru stock sales - certainly
not profit) they award themselves huge bonuses. I currently own about 3000
shares (after the 1 for 100 reverse split) and the share price would have to go to
$20.00 per before I see a profit. They have been unsuccessful lately in attracting
new money so they've turned their attention to existing shareholders to prop
them up. I believe any money taken in thru this subscription offering will just go

lopeztf

Male
Florida

---

### USA Technologies Inc. (USAT)



USAT 10-Dec 1:48pm (C)Yahoo!

At 1:48PM ET: **1.61** ↓ 0.08 (4.73%)

Enter Symbol(s): [　　　　] [ Get Quote ]
e.g. YHOO, ^DJI

Symbol Lookup

Get streaming real-time quotes - Free Trial

Quote data delayed 15 minutes for Nasdaq, NYSE and
Amex. For delay times on other exchanges see
exchange table.

---

**SPONSORED LINKS**

Free Penny Stocks Alerts - We Pick & Profile
Soaring Stocks. Receive Our Penny Free Stock
Alerts.
www.stockpicktrading.com

Stock Picks Analyst 1000% - Buy Mundus Group
Inc. Hot Stocks - Potential Price of $0.68 - Big
Gain
www.stocksource.us

Palo Alto Flooring - Find prescreened floor
contractors in Palo Alto CA in just one click.

Case 0:08-cr-60275-SI   Document16-4   Filed 12/14/09   Page 12 of 56

out as more bonuses.

View Messages
Ignore User
Report Abuse

contractors.clicksmart.com

**Good Penny Stocks** - Find a list of penny stocks with good fundamentals.
GoodPennyStocks47.com

Rating :
★★★★★ (2 Ratings)

Rate it:
☆☆☆☆☆

---

**Re: Rights offering**                     21-Jul-09 11:49 am

If you believe that why stick with the stock.

lannychlu



32/Male

View Messages
Ignore User
Report Abuse

Sentiment : Hold

Rating :
★★★★★ (No ratings)

Rate it:
☆☆☆☆☆

---

**Re: Rights offering**                     22-Jul-09 07:33 pm

At this point - why not?

lopeztf

Male
Florida

View Messages
Ignore User
Report Abuse

Sentiment : Hold

Rating :
★★★★★ (No ratings)

Rate it:
☆☆☆☆☆

---

**Re: Rights offering**                     22-Jul-09 11:57 am

Thank You for your reply. I also have had this stock for over 8 years, they have great technology but I agree, they award themselves, (George and Gang) Big bonuses every year, I think I will pass on this offer also.

Players2

View Messages
Ignore User
Report Abuse

Rating :
★★★★★ (1 Rating)

Rate it:
☆☆☆☆☆

---

### Re: Rights offering

21-Jul-09 12:04 pm

I am only a casual investor; do you own work on this. I view the stock rights as a cap on the pps. Every time the exercise price and someone want an immediate profit mo the price is diluted. For me, it will take a huge, momento through the strike price and have the stock hold its value HOLD recommendation is only if you've ridden it this fa it out.

Sentiment : Hold

Rating :
★★★★★ (1 Rating)

Rate it:
☆☆☆☆☆



---

### Re: Rights offering

21-Jul-09 03:28 pm

This is a desperate attempt by management to keep this shell-game alive for one more year. With the well documented history this company has produced over the years, anyone who further "invest" in this company gets what they deserve. In this case, the past absolutely foretells the future.

michael_moo...

View Messages

Ignore User

Report Abuse

Sentiment : Strong Sell

Rating :
★★★★★ (1 Rating)

Rate it:
☆☆☆☆☆



---

### Re: Rights offering

21-Jul-09 05:07 pm

Here's why the stock's sunk - read the SEC filings:
"On July 17, 2009, USAT reduced the subscription exercise price of the rights from $2.50 to $2.00 per right. As a result of this reduction, the exercise price of the warrants which will be issued in connection with the exercise of the subscription rights has also been reduced from $2.75 to $2.20 per share of common stock."

http://biz.yahoo.com/e/090720/usat8-k.ht...

These rights closed underwater today. For $2.00, you can get a $1.99 share and rights to buy another at $2.20. By the end of the month or, more likely, August, 'cuz USAT needs the money, you may need scuba or a submarine.

PT Barnum was right. Fat George knows that and has done very well for himself and his buddies while achieving nothing for his shareholders.

Not 1 penny profit in this fugly company's sad history, yet millions have been paid in bonuses and directors' fees.

The rights trade as USATR. Closed today at $.15.

mummer7

60/Male
Pennsylvani...

View Messages

Ignore User

Report Abuse

Rating :
★★★★★ (1 Rating)

Rate it:
☆☆☆☆☆



---

### Re: Rights offering

21-Jul-09 06:19 pm

"Not 1 penny profit in this fugly company's sad history, yet millions have been paid in bonuses and directors' fees."

stokklerk

**USAT: soft Ponzi?**

A strong argument can be made that it's the very definition.

If it's proof you desire, ask the less-than-theoretical question, Could this company have survived as long as it has if it had been privately held? Answer: not a chance. Private equity demands performance. The doors would have closed years ago.

The NASDAQ exchanges, especially the Small and Micro, are crawling with soft Ponzis. It's a completely legal path to executive enrichment. Just add hype & a stream of investors who fall for same.

Caveat emptor.



44/Male
Sand Deigo

View Messages

Ignore User

Report Abuse

Rating :
★★★★★ (1 Rating)

Rate it:
☆☆☆☆☆

---

**Re: Rights offering**                                    23-Jul-09 11:38 am

I can only tell you what I did.
When market opened on Monday, I sold all my rights for $.21/share.
You can now buy shares on the market for less that the exercise price, so why hang on to the rights?
hogs

Hogsgotosla...

View Messages

Ignore User

Report Abuse

Sentiment : Hold

Rating :
★★★★★ (1 Rating)

Rate it:
☆☆☆☆☆

---

**Re: Rights offering**                                    23-Jul-09 05:58 pm

How do you go about selling these rights? Would be very interested in knowing, thanks.

esponova

39/Male
Pennsylvani...

View Messages

Ignore User

Report Abuse

Sentiment : Hold

Rating :
★★★★★ (1 Rating)

Rate it:
☆☆☆☆☆

---

**Re: Rights offering**                                    24-Jul-09 10:01 am

They trade under USATR.
My broker is Ameriprise; I just talked to
my agent/broker, and told him I wished to sell them and he did it. By the way, my shares are held in the brokerage account, so the rights were in that account as well.
-hogs



Hogsgotosla...

View Messages

Ignore User

Report Abuse

Rating :                          Rate it:



★★★★★ (2 Ratings)          ☆☆☆☆☆

---

### Re: Rights offering                                    11-Aug-09 04:18 pm

Rights offering is up 8% on the first day of trading.

portofcall1...

View Messages
Ignore User
Report Abuse

**Rating :**
★★★★★ (No ratings)

**Rate it:**
☆☆☆☆☆

---

### Re: Rights offering                                    12-Aug-09 05:08 pm

Rights offering up again today.

Common Stock 1.75
Warrant .45

Total 2.20 - 2.00 = 10% increase

portofcall1...

View Messages
Ignore User
Report Abuse

**Rating :**
★★★★★ (No ratings)

**Rate it:**
☆☆☆☆☆

---

**View:** Simple | Summary | Expanded            Page 1 of about 1   First | < Prev | Next > | Last
**As:** Threaded | Msg List

< Newer Topic | Older Topic >

Copyright 2009 © Yahoo! Inc.  All right reserved. Terms of Service - Copyright/IP Policy - Send Feedback - Help
We collect personal information on this site. For more information please see our Privacy Policy - About Our Ads.

# STOKKLERK STATEMENT FROM AUGUST 3, 2009 AT 1:38PM

New User? Sign Up | Sign In | Help          Get Yahoo! Toolbar          Yahoo!     Mail

# YAHOO! FINANCE

| Search | Web Search |

What improvements would you like in Yahoo! Finance Message Boards? Please send us feedback.

## USA Technologies Inc. - Quote Info

Message Boards Settings

Search :  [                    ] in [ USA Technologies Inc. bo ▾ ]  [ Search ]

▷ Advanced Search

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks U > USA Technologies Inc.

View all Topics | View all Messages          < Newer Topic | Older Topic >

View: Simple | Summary | Expanded
As: Threaded | Msg List                    Page 1 of about 1  First | < Prev | Next > | Last

### Messages in Topic

Minimum rating: [ 2 stars + unrated ▾ ]  What's this?

---

**shareholder letter should end with**                    24-Jul-09 08:58 am

" we have never made a profit and use our stock strictly to pay our own salaries flee or
suffer peril" "we will be bankrupt in two quarters if we don't find a new batch of
suckers."

markguirgis...

View Messages
Ignore User
Report Abuse

**Rating :**  ★★★★☆ (3 Ratings)          **Rate it:**  ☆☆☆☆☆



---

**Re: shareholder letter should end with**                    30-Jul-09 10:27 am

Here is my letter to the USAT Pres. & VP:

Mr. George R. Jensen Jr.,
USA Technologies Inc.
100 Deerfield Lane
Suite 140
Malvern, PA 19355

Dear Mr. Jensen,

In case you don't read the Yahoo Finance Message Board concerning USAT, here is
a current post that has received a 4 star rating. It was in response to a question
about "What is going on here?" in relation to the recent rise in share price followed
by a sharp decline.

Reply from a Michael Moore:

I will simplify the task for you by making this a multiple choice question:

A. they are running out of cash
B. the new convoluted stock offering (diminution of share value)
C. no viable business model and no plan to ever make a profit
D. no large scale acceptance and deployment of their technology in the field
E. an entrenched, incompetent, and over compensated management team who has
never had compensation tied to results
F. an endless black hole that has already consumed over $165M while greatly
enriching those responsible for the mismanagement
G. increased competition from larger, well funded competitors (MEI)
H. IP that apparently isn't worth the paper it is printed on

rbagby_2

75/Male
Virginia Be...

View Messages
Ignore User
Report Abuse

## USA Technologies Inc. (USAT)

USAT 10-Dec 3:31pm (C)Yahoo!

1.70
1.65
1.60
1.55
        10am   12pm   2pm   4pm

At 3:31PM ET: **1.61** ↓ 0.08 (4.73%)

Enter Symbol(s):  [          ]  [ Get Quote ]
e.g. YHOO, ^DJI
                    Symbol Lookup

Get streaming real-time quotes - Free Trial

Quote data delayed 15 minutes for Nasdaq, NYSE and
Amex. For delay times on other exchanges see
exchange table.

### SPONSORED LINKS

stock investment - Learn About Different Stocks
and The Stock Market For Free At Our Site
www.freehotpennystocks.com

Stock Market Charts for Better Investing -
Improve your investing and make more money,
with Stock Market Charts from Jadco
Performance Investing! Click to see our free stock
market chart samples.
www.jadco.com

Free Penny Stocks Alerts - We Pick & Profile

I. a trail of broken promises and botched relationships within the industry
J. all of the above

Personally I am leaning to all of the above. I have no confidence that you will ever be able to make a profit.

Sincerely,

**Rating :**
★★★★☆ (4 Ratings)

**Rate it:**
☆☆☆☆☆

Soaring Stocks. Receive Our Penny Free Stock Alerts.
www.stockpicktrading.com

Stock Picks Analyst 1000% - Buy Mundus Group Inc. Hot Stocks - Potential Price of $0.68 - Big Gain
www.stocksource.us

---

**Re: shareholder letter should end with**                1-Aug-09 01:11 pm

I think I can better answer this for you....                                          slvfx

A. they are running out of cash

We will see this next week. I think they will raise the money...          57/Male
                                                                          Pennsylvani...
B. the new convoluted stock offering (diminution of share value)
                                                                          View Messages
The 15 million is going to fund the company through more sales of units and          Ignore User
monthly recurring revenue. All the money going out on the leases will come back
to the company to be lent out again. This mechanisim gives them the money for        Report Abuse
funding the program.

C. no viable business model and no plan to ever make a profit

...Stay tuned

D. no large scale acceptance and deployment of their technology in the field

...50,000 units and growing all the time

E. an entrenched, incompetent, and over compensated management team who
has never had compensation tied to results.

Their results are bringing the company where they are today.

F. an endless black hole that has already consumed over $165M while greatly
enriching those responsible for the mismanagement.

It's higher than I would like to have seen but they have had to stay in business.
Most startups between angel financing through venture capital and then IPO
burn through a ton of money.

G. increased competition from larger, well funded competitors (MEI)

Those guys are floundering.

H. IP that apparently isn't worth the paper it is printed on

...I watch the patents being awarded every Tuesday in Vending and I watch the
applications going through the process. USAT has cornered the market on several
aspects of it.

I. a trail of broken promises and botched relationships within the industry.

Name someone who is in better shape to beat usa technologies?

J. all of the above

**Rating :**
★★★★☆ (3 Ratings)

**Rate it:**
☆☆☆☆☆

---

**Re: shareholder letter should end with**                3-Aug-09 07:57 am

No rational or unbiased person could look at the 15 year history of this          michael_moo...
company and reach the conclusions you state, therefore a response to your

multiple erroneous posts would be futile.



View Messages

Ignore User

Report Abuse

Changing topics slightly to government intervention/regulation and I am normally one to favor smaller, less intrusive government but I think USAT is a perfect example of where more government oversight is needed. You have a situation where the board is in cahoots with management and basically gives management a free pass to plunder. The top two people at USAT have skimmed over $30M from this hugely unprofitable venture. Management, with little to nothing at risk, promotes a "story" to lure investors and then the board approves massive pay packages which are in no way tied to company performance. How can you award $1M+ annual pay packages when in most years the net losses exceeded their annual revenues???

Something should be done in situations where the board is not providing adequate oversight and governance.

**Sentiment :** Strong Sell

**Rating :**
★★★★★ (2 Ratings)

**Rate it:**
☆☆☆☆☆



---

**Re: shareholder letter should end with**                    3-Aug-09 01:38 pm

"The top two people at USAT have skimmed over $30M from this hugely unprofitable venture. Management, with little to nothing at risk, promotes a "story" to lure investors and then the board approves massive pay packages which are in no way tied to company performance."

Definition of "soft Ponzi"?

stokklerk

**44/Male
Sand Delgo**

View Messages

Ignore User

Report Abuse

**Rating :**
★★★★★ (2 Ratings)

**Rate it:**
☆☆☆☆☆

---

< Newer Topic | Older Topic >

Copyright 2009 © Yahoo! Inc. All right reserved. Terms of Service - Copyright/IP Policy - Send Feedback - Help
We collect personal information on this site. For more information please see our Privacy Policy - About Our Ads.

# STOKKLERK STATEMENT FROM AUGUST 4, 2009 AT 4:40PM



New User? Sign Up | Sign In | Help          Get Yahoo! Toolbar          Yahoo!     Mail

# YAHOO! FINANCE

Search _____     Web Search

www.PremiumRewardClub.com
Get a $250 Gift Card FREE, details apply     Click Here Now
Burger King   McDonald's
Registration and completion of 6 offers required

What improvements would you like in Yahoo! Finance Message Boards? Please send us feedback.

**USA Technologies Inc. - Quote Info**                    Message Boards Settings

Search : _____    in  USA Technologies Inc. bo ▾   Search        ▷ Advanced Search

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks U > USA Technologies Inc.

View all Topics | View all Messages    < Newer Topic | Older Topic >        Get Message Board for: _____  GO

                                                                ADVERTISEMENT

**View:** Simple | Summary | Expanded
**As:** Threaded | Msg List                        Page 1 of about 1   First | < Prev | Next > | Last

**Messages in Topic**    Minimum rating: 2 stars + unrated ▾  What's this?

---

**The road is littered with Wanna BE's**                    4-Aug-09 02:30 pm

It's surprising to me that all the naysayers don't remember companies like Ten Square, Marconi, Mail Boxes Etc, Isochron, US Wireless, TNS, Mars MEI and a host of others who have tried and failed.

slvfx
57/Male
Pennsylvani...

View Messages
Ignore User
Report Abuse

**Rating :**
★★★★★ (1 Rating)          **Rate it:** ☆☆☆☆☆

Reply

---

**Re: The road is littered with Wanna BE's**                4-Aug-09 02:34 pm

I forgot the famous QI Systems. Tex came in on the ragingbull board and told the posters at the time how qi was the company who would lead the industry. Talk about Smoke and Mirrors..

slvfx
57/Male
Pennsylvani...

View Messages
Ignore User
Report Abuse

**Rating :**
★★★★★ (1 Rating)          **Rate it:** ☆☆☆☆☆

Reply

---

**Re: The road is littered with Wanna BE's**                4-Aug-09 03:00 pm

I betcha all the folks who lost money wish they had something to complain about.

slvfx
57/Male
Pennsylvani...

View Messages
Ignore User

**Rating :**          **Rate it:**

---

**USA Technologies Inc. (USAT)**

USAT 10-Dec 3:31pm (C)Yahoo!

1.70
1.65
1.60
1.55
    10am   12pm   2pm   4pm

At 3:31PM ET: **1.61** ↓ 0.08 (4.73%)

Enter Symbol(s): _____ Get Quote
e.g. YHOO, ^DJI     Symbol Lookup

Get streaming real-time quotes - Free Trial

Quote data delayed 15 minutes for Nasdaq, NYSE and Amex. For delay times on other exchanges see exchange table.

**SPONSORED LINKS**

**Free Penny Stocks Alerts** - We Pick & Profile Soaring Stocks. Receive Our Penny Free Stock Alerts.
www.stockpicktrading.com

**Stock Picks Analyst 1000%** - Buy Mundus Group Inc. Hot Stocks - Potential Price of $0.68 - Big Gain
www.stocksource.us

**Palo Alto Flooring** - Find prescreened floor contractors in Palo Alto CA in just one click.



★★★★★ (2 Ratings)        ☆☆☆☆☆              Report Abuse

contractors.clicksmart.com

how to invest in the stock market - Learn About
Different Stocks and The Stock Market For Free
At Our Site
www.freehotpennystocks.com

---

**Re: The road is littered with Wanna BE's**                    4-Aug-09 04:40 pm

slvfx excuses extraordinary executive compensation/multi-year sequential
losses/stock dilution. A medium-sized fortune has been transferred from
shareholders of common stock to insiders.

USAT: soft Ponzi?



stokklerk

44/Male
Sand Deigo

View Messages

Ignore User

Report Abuse

**Rating :**                     **Rate it:**
★★★★★ (3 Ratings)          ☆☆☆☆☆

---

**Re: The road is littered with Wanna BE's**                    4-Aug-09 06:25 pm

slvfx considers the whole picture.



slvfx

57/Male
Pennsylvani...

View Messages

Ignore User

Report Abuse

**Rating :**                     **Rate it:**
★★★★★ (1 Rating)           ☆☆☆☆☆

---

**Re: The road is littered with Wanna BE's**                    4-Aug-09 09:47 pm

Slvfx-
If this were a competition for quantity vs. quality, you would be the winner
hands down but your posts are in no way related to the issue at hand-
excessive executive compensation in a publicly trading company that has
NEVER made a profit and has no plausible plan to make a profit in the future.
Management has been rewarded as if they were managing a profitable
Fortune 500 company. At any other company with these sad results and an
apt board, management would have been replaced, not rewarded in the tens
of millions.

Sentiment : Strong Sell

michael_moo...

View Messages

Ignore User

Report Abuse

**Rating :**                     **Rate it:**
★★★★★ (2 Ratings)          ☆☆☆☆☆

---

**Re: The road is littered with Wanna BE's**                    5-Aug-09 07:20 am

You said that you are not a shareholder or a former employee? Why do you
post here? You have to have a reason for being here.



slvfx

57/Male
Pennsylvani...

View Messages

Ignore User

Report Abuse

**Rating :**                     **Rate it:**
★★★★★ (1 Rating)

☆☆☆☆☆

---

### Re: The road is littered with Wanna BE's     5-Aug-09 08:14 am

Slvfx-
Once again you fail to respond to the central point- EXCESSIVE
EXECUTIVE COMPENSATION at a company with a long history of very
poor financial results. Last year (2008) the company had revenues of
$16.1M, a net loss of $17.2M and Jensen was paid $1.6M. You seem to
know all the players and competitors in the space so PLEASE give us one
other example of a company in any industry with comparable revenues, a
similar net loss and compensation for a single executive that in anyway
approaches the $1.6M Jensen was paid.

And now you are on this board hyping the rights offering which will now
grow the number of shares outstanding from 14M to 21M... no profit in
sight, the number of shares growing exponentially and you believe this
company represents a great investment opportunity???

To answer your unrelated question..."Why do I post here?" The same
reason I would call the police if I saw someone breaking into my
neighbor's house... a crime is in the process of being committed.

PS: I do not need to ask you the same question; your motivations are
obvious... you're part of the used car salesmen, smoke and mirrors gang
hyping this SCAM for your own financial gain.

michael_moo...



View Messages

Ignore User

Report Abuse

**Sentiment : Strong Sell**

**Rating :**
★★★★★ (2 Ratings)

**Rate it:**
☆☆☆☆☆

---

### Re: The road is littered with Wanna BE's     5-Aug-09 10:40 am

For someone who doesn't own stock and says that he isn't a former
employee the CENTRAL POINT is executive compensation of a strange
company?

I don't think so, I think you have some connection to the company and
your too afraid to admit it.

Executive Compensation for this company is what it is. If it was as
devastating to me as it is to you then I would have sold my stock some
time ago. It is not the CENTRAL POINT to my decision process to
owning the stock.

slvfx

57/Male
Pennsylvani...

View Messages

Ignore User

Report Abuse

**Rating :**
★★★★★ (2 Ratings)

**Rate it:**
☆☆☆☆☆

---

### Re: The road is littered with Wanna BE's     5-Aug-09 10:51 am

Millions of dollars transferred from shareholders to executives while
the company hemorrhaged money, while the stock price tumbled,
while success was just over the horizon. Always just over the horizon.

http://finance.yahoo.com/q/bc?s=USAT&t=m...

USAT: soft Ponzi?

stokklerk

44/Male
Sand Deigo

View Messages

Ignore User

Report Abuse

**Rating :**
★★★★★ (2 Ratings)

**Rate it:**
☆☆☆☆☆

See more replies

< Newer Topic | Older Topic >

Copyright 2009 © Yahoo! Inc.  All right reserved. Terms of Service - Copyright/IP Policy - Send Feedback - Help
We collect personal information on this site. For more information please see our Privacy Policy - About Our Ads.

# STOKKLERK STATEMENT FROM AUGUST 4, 2009 AT 8:29PM

New User? Sign Up | Sign In | Help                    Get Yahoo! Toolbar                    Yahoo!    Mail

# YAHOO!. FINANCE

| Search | Web Search |

What improvements would you like in Yahoo! Finance Message Boards? Please send us feedback.

## USA Technologies Inc. - Quote Info

Message Boards Settings

Search :  [                    ]  in  [ USA Technologies Inc. bo... ▾ ]  [ Search ]          ▷ Advanced Search

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks U > USA Technologies Inc.

Get Message Board for:  [          ]  ( GO )

View all Topics | View all Messages        < Newer Topic | Older Topic >                    ADVERTISEMENT

View: Simple | Summary | Expanded
As: Threaded | Msg List                    Page 1 of about 1   First | < Prev | Next > | Last

### Messages in Topic                    Minimum rating: [ 2 stars + unrated ▾ ] What's this?

---

**$14.7M is AMAZING!!!**                    3-Aug-09 03:37 pm

Are these guys that good at crafting a sham story or are people just that gullible,
dumb, or greedy. Either way, $14.7M through the rights offering at this point in time
is AMAZING.

This is like a Chinese Restaurant with a sanitation grade of "F" posted on the front
door, dead cats hanging in the front window, and customers hurling in the parking lot
but people just keep filing in for more bad food???

This will extend things for one more year and the accumulated loss will grow from
$165M to $180+.
I am absolutely amazed!!!

michael_moo...

View Messages
Ignore User
Report Abuse

**Sentiment : Strong Sell**

**Rating :**
★★★★★ (2 Ratings)

**Rate it:**
☆☆☆☆☆

---

**Re: $14.7M is AMAZING!!!**                    3-Aug-09 05:11 pm

I agree with you. I got a call from USA about 4 days before the rights expired, they
asked me to pony up, I told them that Dr. George Jensen and the rest of his cronies
that vote themselves a huge raise and a huge bonus every year have got enough of
my money, the guy was actually shocked to hear me talk that way. Can U imagine?

Players2

View Messages
Ignore User
Report Abuse

**Rating :**
★★★★★ (2 Ratings)

**Rate it:**
☆☆☆☆☆

---

**Re: $14.7M is AMAZING!!!**                    15-Aug-09 03:28 pm

---

### USA Technologies Inc. (USAT)


USAT 10-Dec 3:31pm (C)Yahoo!

At 3:31PM ET: **1.61** ↓ 0.08 (4.73%)

Enter Symbol(s):  [          ]  ( Get Quote )
e.g. YHOO, ^DJI
Symbol Lookup

Get streaming real-time quotes - Free Trial

Quote data delayed 15 minutes for Nasdaq, NYSE and
Amex. For delay times on other exchanges see
exchange table.

### SPONSORED LINKS

Free Penny Stocks Alerts - We Pick & Profile
Soaring Stocks. Receive Our Penny Free Stock
Alerts.
www.stockpicktrading.com

Stock Picks Analyst 1000% - Buy Mundus Group
Inc. Hot Stocks - Potential Price of $0.68 - Big
Gain
www.stocksource.us

Palo Alto Flooring - Find prescreened floor
contractors in Palo Alto CA in just one click.

contractors.clicksmart.com

Good Penny Stocks - Find a list of penny stocks
with good fundamentals.
GoodPennyStocks47.com

..........

jillnamell



View Messages
Ignore User
Report Abuse

**Rating :**
★★★★★ (No ratings)

**Rate it:**
☆☆☆☆☆

---

**Re: $14.7M is AMAZING!!!**                          4-Aug-09 11:27 am

You must be a disgruntled employee or former stockholder. Who are you?

portofcall1...



View Messages
Ignore User
Report Abuse

**Rating :**
★★★★★ (1 Rating)

**Rate it:**
☆☆☆☆☆

---

**Re: $14.7M is AMAZING!!!**                          4-Aug-09 01:24 pm

I'm neither but do not understand why that would make a difference. If an
employee were laid off while management made millions, wouldn't that person
have a right to an opinion? If a shareholder had lost a large sum while
management sold their shares and received very large salaries & bonuses,
wouldn't that person have a right to an opinion?

I'm someone who worked in the industry, saw the USAT sales pitch early on, and
observed their equipment in the field. I have felt this was smoke and mirrors
from the beginning. And I am truly amazed that people continue to buy this story
when management has awarded themselves huge bonuses and sold literally
millions of shares over the years while the company has NEVER made a profit. If
management believed their own story, why would they sell even one share? They
cannot survive on their measly $300-$600K base salaries and bonuses? If they
had this market locked up and the pot of gold was just around the corner,
wouldn't they be retaining every share possible?

It is just amazing that you still have people out there claiming there is a huge
consumer demand for cashless, USAT has no serious competition and their
patented technology is vastly superior. If this is true then show me the money.
The only money I have seen for the past ten years has gone straight from
investors hands to management's pockets.

PS: who are you?

**Sentiment : Strong Sell**

michael_moo...



View Messages
Ignore User
Report Abuse

**Rating :**
★★★★★ (2 Ratings)

**Rate it:**
☆☆☆☆☆

---

**Re: $14.7M is AMAZING!!!**                          4-Aug-09 03:09 pm

Let me think here. Mastercard invested millions with usat, Visa now is
investing millions, first data announced their intentions to invest millions for
their dot campaign.Wellington management has invested millions of dollars
after their research. SAC Capital has invested millions of dollars in the
company but I am to believe that Mr. Moore is right when he says its Smoke

slvfx



57/Male

and Mirrors. Wow!

Pennsylvani...

View Messages
Ignore User
Report Abuse

**Rating :**
★★★★★ (1 Rating)

**Rate it:**
☆☆☆☆☆

---

**Re: $14.7M is AMAZING!!!**                    4-Aug-09 03:12 pm

Another thing. The United States Patent office has awarded 60 some patents with 100's of claims but we are to believe that Mr Moore is correct about smoke and mirrors.

slvfx



57/Male
Pennsylvani...

View Messages
Ignore User
Report Abuse

**Rating :**
★★★★★ (1 Rating)

**Rate it:**
☆☆☆☆☆

---

**Re: $14.7M is AMAZING!!!**                    4-Aug-09 03:17 pm

Hold the phone! I almost forgot. Compass, one of the largest food service companies in the World has signed a 3 year contract through their procurment company to purchase exclusively 70% of all the readers from usat. But wait, Michael says that its all Smoke and Mirrors! Who is Michael Moore?

slvfx



57/Male
Pennsylvani...

View Messages
Ignore User
Report Abuse

**Rating :**
★★★★★ (1 Rating)

**Rate it:**
☆☆☆☆☆

---

**Re: $14.7M is AMAZING!!!**                    4-Aug-09 03:23 pm

Hold on, How could I forget that this was a rights offering to existing shareholders! They invested another 15 million Dollars.

slvfx



57/Male
Pennsylvani...

View Messages
Ignore User
Report Abuse

**Rating :**
★★★★★ (1 Rating)

**Rate it:**
☆☆☆☆☆

---

**Re: $14.7M is AMAZING!!!**                    4-Aug-09 03:54 pm

moore.......mummer.... WHATever!

Love/sancho

sooty44



Male

View Messages

Ignore User

Report Abuse

Tex? Oooooh, that was a Goodie!

**Rating :**
★★★★★ (1 Rating)

**Rate it:**
☆☆☆☆☆

---

**Re: $14.7M is AMAZING!!!**                    4-Aug-09 06:13 pm

Long live Nobilo. Now consumed by the case!



slvfx

57/Male
Pennsylvani...

View Messages

Ignore User

Report Abuse

**Rating :**
★★★★★ (1 Rating)

**Rate it:**
☆☆☆☆☆

---

**Re: $14.7M is AMAZING!!!**                    4-Aug-09 08:29 pm

A hallmark of a stock scam is the position in the sky of the company's success:
it's just over the horizon--eternally over the horizon.

Another hallmark of a scam is exorbitant executive compensation in the period
that the company, whose success is just over the horizon (see above for time
frame), is hemorrhaging shareholder money.

The NASDAQ Small and Micro Cap exchanges are lousy with scam companies
that, if they were limited partnerships, would have closed their doors in short
order. USAT is a failure. It always was; it always will be. Jensen is a known liar.
Several years ago (my memory fails; approx 2005-06; perhaps someone can
nail down the exact year), he assured investors that USAT would be profitable
in the same fiscal year. The company didn't even come close. No apologies, no
explanations, no nothing. Just more spin.

Caveat emptor. No limited partner would have tolerated USAT's losses q after
q. At a minimum, the top executives would have been shown the door. Use your
head: if it's not good enough for a limited partnership, it's not good enough for
a public partnership.

USAT: soft Ponzi?



stokklerk

44/Male
Sand Deigo

View Messages

Ignore User

Report Abuse

**Rating :**
★★★★★ (3 Ratings)

**Rate it:**
☆☆☆☆☆

---

**Re: $14.7M is AMAZING!!!**                    11-Aug-09 01:26 am

The suckers who suscribed must be sorry. While you might believe that the
warrant to buy stock in the future at 2.25 is worth something, the reality is
that it is close to worthless. What they got is a share of $2 stock that they
could have bought on the open market for under $1.80.

How could so many be so stupid for so long.

lzlvrbt

View Messages

Ignore User

Report Abuse

Case 3:09-cv-80275-SI   Document 16-4   Filed 12/11/09   Page 30 of 56

**Sentiment : Strong Sell**

**Rating :**
★★★★★ (1 Rating)

**Rate it:**
☆☆☆☆☆



| Re: $14.7M is AMAZING!!! | 11-Aug-09 06:56 am |

Only the future can determine the outcome. If adoption is here then we got a great deal.

slvfx

57/Male
Pennsylvani...

View Messages

Ignore User

Report Abuse

**Rating :**
★★★★★ (1 Rating)

**Rate it:**
☆☆☆☆☆

**View:** Simple | Summary | Expanded
**As:** Threaded | Msg List

Page 1 of about 1   First | < Prev | Next > | Last

< Newer Topic | Older Topic >

Copyright 2009 © Yahoo! Inc.  All right reserved. Terms of Service - Copyright/IP Policy - Send Feedback - Help
We collect personal information on this site. For more information please see our Privacy Policy - About Our Ads.

# STOKKLERK STATEMENT FROM AUGUST 5, 2009 AT 10:51AM

New User? Sign Up | Sign In | Help                    Get Yahoo! Toolbar            Yahoo!      Mail

# YAHOO!® FINANCE

| Search | | Web Search |

What improvements would you like in Yahoo! Finance Message Boards? Please send us feedback.

**USA Technologies Inc.** - Quote Info

Message Boards Settings

Search : [                    ] in [ USA Technologies Inc. bo... ▾ ]  [ Search ]

▷ Advanced Search

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks U > USA Technologies Inc.

View all Topics | View all Messages    < Newer Topic | Older Topic >

Get Message Board for: [        ] ( GO )

ADVERTISEMENT

View: Simple | Summary | Expanded
As: Threaded | Msg List

Page 1 of about 1  First | < Prev | Next > | Last

## Messages in Topic

Minimum rating: [ 2 stars + unrated ▾ ] What's this?

### The road is littered with Wanna BE's                    4-Aug-09 02:30 pm

It's surprising to me that all the naysayers don't remember companies like Ten
Square, Marconi, Mail Boxes Etc, Isochron, US Wireless, TNS, Mars MEI and a host
of others who have tried and failed.

sivfx

57/Male
Pennsylvani...

View Messages

Ignore User

Report Abuse

Rating :
★★★★★ (1 Rating)      Rate it:  ☆☆☆☆☆

[ Reply ]

### Re: The road is littered with Wanna BE's                    4-Aug-09 02:34 pm

I forgot the famous QI Systems. Tex came in on the ragingbull board and told the
posters at the time how qi was the company who would lead the industry. Talk
about Smoke and Mirrors..

sivfx

57/Male
Pennsylvani...

View Messages

Ignore User

Report Abuse

Rating :
★★★★★ (1 Rating)      Rate it:  ☆☆☆☆☆

[ Reply ]

### Re: The road is littered with Wanna BE's                    4-Aug-09 03:00 pm

I betcha all the folks who lost money wish they had something to complain about.

sivfx

57/Male
Pennsylvani...

View Messages

Ignore User

Rating :      Rate it:

---

**USA Technologies Inc. (USAT)**

USAT 10-Dec 3:31pm (C)Yahoo!

1.70
1.65
1.60
1.55
        10am  12pm  2pm  4pm

At 3:31PM ET: **1.61** ↓ 0.08 (4.73%)

Enter Symbol(s): [            ] ( Get Quote )
e.g. YHOO, ^DJI

Symbol Lookup

Get streaming real-time quotes – Free Trial

Quote data delayed 15 minutes for Nasdaq, NYSE and
Amex. For delay times on other exchanges see
exchange table.

**SPONSORED LINKS**

Free Penny Stocks Alerts - We Pick & Profile
Soaring Stocks. Receive Our Penny Free Stock
Alerts.
www.stockpicktrading.com

Stock Picks Analyst 1000% - Buy Mundus Group
Inc. Hot Stocks - Potential Price of $0.68 - Big
Gain
www.stocksource.us

Palo Alto Flooring - Find prescreened floor
contractors in Palo Alto CA in just one click.

 ★★★★★ (2 Ratings)    ☆☆☆☆☆    Report Abuse

contractors.clicksmart.com

how to invest in the stock market - Learn About Different Stocks and The Stock Market For Free At Our Site
www.freehotpennystocks.com

---

**Re: The road is littered with Wanna BE's**                    4-Aug-09 04:40 pm

slvfx excuses extraordinary executive compensation/multi-year sequential losses/stock dilution. A medium-sized fortune has been transferred from shareholders of common stock to insiders.

USAT: soft Ponzi?


stokklerk

44/Male
Sand Deigo

View Messages

Ignore User

Report Abuse

Rating :
★★★★★ (3 Ratings)     Rate it:
☆☆☆☆☆

---

**Re: The road is littered with Wanna BE's**                    4-Aug-09 06:25 pm

slvfx considers the whole picture.


slvfx

57/Male
Pennsylvani...

View Messages

Ignore User

Report Abuse

Rating :
★★★★★ (1 Rating)     Rate it:
☆☆☆☆☆

---

**Re: The road is littered with Wanna BE's**                    4-Aug-09 09:47 pm

Slvfx-
If this were a competition for quantity vs. quality, you would be the winner hands down but your posts are in no way related to the issue at hand- excessive executive compensation in a publicly trading company that has NEVER made a profit and has no plausible plan to make a profit in the future. Management has been rewarded as if they were managing a profitable Fortune 500 company. At any other company with these sad results and an apt board, management would have been replaced, not rewarded in the tens of millions.

michael_moo...



View Messages

Ignore User

Report Abuse

Sentiment : Strong Sell

Rating :
★★★★★ (2 Ratings)     Rate it:
☆☆☆☆☆

---

**Re: The road is littered with Wanna BE's**                    5-Aug-09 07:20 am

You said that you are not a shareholder or a former employee? Why do you post here? You have to have a reason for being here.

slvfx

57/Male
Pennsylvani...

View Messages

Ignore User

Report Abuse

Rating :
★★★★★ (1 Rating)     Rate it:

---

☆☆☆☆☆

### Re: The road is littered with Wanna BE's

5-Aug-09 08:14 am

Slvfx-

Once again you fail to respond to the central point- EXCESSIVE EXECUTIVE COMPENSATION at a company with a long history of very poor financial results. Last year (2008) the company had revenues of $16.1M, a net loss of $17.2M and Jensen was paid $1.6M. You seem to know all the players and competitors in the space so PLEASE give us one other example of a company in any industry with comparable revenues, a similar net loss and compensation for a single executive that in anyway approaches the $1.6M Jensen was paid.

And now you are on this board hyping the rights offering which will now grow the number of shares outstanding from 14M to 21M... no profit in sight, the number of shares growing exponentially and you believe this company represents a great investment opportunity???

To answer your unrelated question..."Why do I post here?" The same reason I would call the police if I saw someone breaking into my neighbor's house... a crime is in the process of being committed.

PS: I do not need to ask you the same question; your motivations are obvious... you're part of the used car salesmen, smoke and mirrors gang hyping this SCAM for your own financial gain.

**Sentiment :** Strong Sell

**Rating :**
★★★★★ (2 Ratings)

**Rate it:**
☆☆☆☆☆

michael_moo...



View Messages

Ignore User

Report Abuse

---

### Re: The road is littered with Wanna BE's

5-Aug-09 10:40 am

For someone who doesn't own stock and says that he isn't a former employee the CENTRAL POINT is executive compensation of a strange company?

I don't think so, I think you have some connection to the company and your too afraid to admit it.

Executive Compensation for this company is what it is. If it was as devastating to me as it is to you then I would have sold my stock some time ago. It is not the CENTRAL POINT to my decision process to owning the stock.

**Rating :**
★★★★★ (2 Ratings)

**Rate it:**
☆☆☆☆☆

slvfx



57/Male
Pennsylvani...

View Messages

Ignore User

Report Abuse

---

### Re: The road is littered with Wanna BE's

5-Aug-09 10:51 am

Millions of dollars transferred from shareholders to executives while the company hemorrhaged money, while the stock price tumbled, while success was just over the horizon. Always just over the horizon.

http://finance.yahoo.com/q/bc?s=USAT&t=m...

USAT: soft Ponzi?

**Rating :**
★★★★★ (2 Ratings)

**Rate it:**
☆☆☆☆☆

stokklerk

44/Male
Sand Deigo

View Messages

Ignore User

Report Abuse

See more replies

**View:** Simple | Summary | Expanded       Page 1 of about 1   First | < Prev | Next > | Last
**As:** Threaded | Msg List

< Newer Topic | Older Topic >

Copyright 2009 © Yahoo! Inc. All right reserved. Terms of Service - Copyright/IP Policy - Send Feedback - Help
We collect personal information on this site. For more information please see our Privacy Policy - About Our Ads.

# STOKKLERK STATEMENT FROM AUGUST 6, 2009 AT 2:02PM

Case3:09-mc-80375-SI   Document16-4   Filed12/11/09   Page37 of 56

New User? Sign Up | Sign In | Help                    Get Yahoo! Toolbar                    Yahoo!      Mail

# YAHOO! FINANCE

What improvements would you like in Yahoo! Finance Message Boards? Please send us feedback.

## USA Technologies Inc. - Quote Info

Message Boards Settings

Search : [                    ] in [USA Technologies Inc.bo ▾] [ Search ]

▷ Advanced Search

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks U > USA Technologies Inc.

Get Message Board for: [          ] (GO)

ADVERTISEMENT

View all Topics | View all Messages     < Newer Topic | Older Topic >

**View:** Simple | Summary | Expanded
**As:** Threaded | Msg List

Page 1 of about 1   First | < Prev | Next > | Last

### Messages in Topic

Minimum rating: [ 2 stars + unrated ▾] What's this?

---

**Re: Michael Moore Motive**                              5-Aug-09 11:12 am

Let me repeat something I wrote yesterday.

Mastercard invested millions with usat, Visa now is investing millions, first day announced their intentions to invest millions for their dot campaign.Wellington management has invested millions of dollars after their research. SAC Capital has invested millions of dollars in the company but I am to believe that Mr. Moore is right when he says its Smoke and Mirrors.

slvfx

57/Male
Pennsylvani...

View Messages
Ignore User
Report Abuse

**Rating :**
★★★★★ (1 Rating)

**Rate it:**
☆☆☆☆☆

[ Rate ]

---

**Re: Michael Moore Motive**                              5-Aug-09 11:17 am

I own stock in the company along with 10,000 other people and I don't like you or your alter ego trashing the company. Especially when you don't own any stock in it.

slvfx

57/Male
Pennsylvani...

View Messages
Ignore User
Report Abuse

**Rating :**
★★★★★ (2 Ratings)

**Rate it:**
☆☆☆☆☆

[ Rate ]

⌐ See replies above

---

**Re: Michael Moore Motive**                              6-Aug-09 12:20 pm

---

### USA Technologies Inc. (USAT)


USAT 10-Dec 3:31pm (C)Yahoo!

At 3:31PM ET: **1.61** ↓ 0.08 (4.73%)

Enter Symbol(s): [          ] (Get Quote)
e.g. YHOO, ^DJI
Symbol Lookup

Get streaming real-time quotes - Free Trial

Quote data delayed 15 minutes for Nasdaq, NYSE and Amex. For delay times on other exchanges see exchange table.

---

**SPONSORED LINKS**

Stock Picks Analyst 1000% - Buy Mundus Group Inc. Hot Stocks - Potential Price of $0.68 - Big Gain
www.stocksource.us

Palo Alto Flooring - Find prescreened floor contractors in Palo Alto CA in just one click.
contractors.clicksmart.com

stock message board - Learn About Different Stocks and The Stock Market For Free At Our Site

---

I get the impression now that you are associated with a wannabe. Are you afraid to say who it is you represent?

slvfx

57/Male
Pennsylvani...

View Messages

Ignore User

Report Abuse

**Rating :**
★★★★★ (1 Rating)

**Rate it:**
☆☆☆☆☆

www.freehotpennystocks.com

Buy WM Stock - $4 Fee - No Account or Investment Minimums. No Inactivity Fees. Start Today.
www.ShareBuilder.com

---

**Re: Michael Moore Motive**                                      6-Aug-09 02:02 pm

MM,

stokklerk

44/Male
Sand Delgo

View Messages

Ignore User

Report Abuse

Jensen's a hustler, a former stockbroker. His skills are not computer science or networking; his skill is working the publicly listed company. He took USAT public to capitalize on the internet boom that was alive and well in 2000. Wired vending machines! Can't miss! Well, they missed. Never mind; a 1-100 reverse split will keep the chump money coming in. Stock price tanking? Need cash? Warrants, that's the ticket. Sell warrants to the chumps. Sell any effing thing, just so long as we maintain the illusion that we're a viable company with a brilliant future.

For me, it's all statistics. Everything else is white noise. By now, most readers have seen the chart of USAT's performance since inception. For those that have not beheld it:

http://finance.yahoo.com/q/bc?s=USAT&t=m...

Nothing that can be expressed in words trumps the chart.

8-k's? I could paper the walls of my house with glowing 8-k's from crap stocks I've owned. Agreements in principle; patents... USAT doesn't have the money to defend against patent infringement.

SAC? Does anyone really think Steve Cohen took a look at USAT and said, This is the future? Doubt it. USAT was desperate for money. Cohen probably shorted against his own stock to insure profit.

Wellington? A drop in the bucket for them—but nevertheless, what makes me think they regretted their investment and have been writing it down by just marking to the market? There is no evidence that they're pleased with their investment, and some evidence that they're remorseful: they are not buyers.

MA? VISA? Big efffing deal. They place bets on dozens of small caps every day. Sure, they're interested in wireless, coinless vending. The problem is, they have 100% of the leverage vs USAT's 0%. USAT has to give away the ranch in order to get the 8-k announcing a few thousand machines. Q. where are the 8-k's to announce that the deals didn't go anywhere? Where are the 8-k's that declare USAT's deal with Coke flamed out? I don't see those 8-k's.

Absent much more leverage on the part of USAT vs the behemoth companies in the credit and vending fields (it's inconceivable), there is no evidence that the business model will produce wealth worth talking about for average shareholders. There is ample evidence that the business model has already produced considerable wealth for USAT executives. They took, and continue to take, outsized compensation out of a failing company that, ten years after inception is still in startup mode, that has continuously hemorrhaged money, with a greediness that is a hallmark of a scam.

Penultimately, as regards sleeping at night: Jensen has no trouble sleeping. He's a caricature of any number of characters in Dickens or Shakespeare whose worldview is that humanity exists to be fleeced. They sleep well, that type.

Finally: watch out for slvfx. He's in the tank. His strenuous effort to discredit posters by deflecting the argument toward who posts what and why—it tells more about him than he probably wished it did.

USAT: soft Ponzi?

**Rating :**                               **Rate it:**

---

**Re: Michael Moore Motive**                                    6-Aug-09 03:46 pm

If you believe that then why do you own the stock and post here 24/7

slvfx



57/Male
Pennsylvani...

View Messages
Ignore User
Report Abuse

Rating : ★★★★★ (1 Rating)          Rate it: ☆☆☆☆☆

---

**Re: Michael Moore Motive**                                    6-Aug-09 07:15 pm

This thread is incorrectly named. It is the slvfx motive thread.

Just look at the posting traffic.

C'mon, foxy. Do you really think that USATP is anything but an albatross, a Spruce Goose? Who could possibly want to acquire this hollow company with its you-know-exactly-how-many years of accrued dividend debt?

You've a $30 USATP dream. When you get that accrued dividend check, will it be delivered by an SI swimsuit model?

Hebrew National claims to report to a higher authority. But that has nothing to do with the penny stock market, when worked well be a smart executive and his even smarter SEC lawyer.

They just proved their abilities; $14.7mm worth.

mummer7



60/Male
Pennsylvani...

View Messages
Ignore User
Report Abuse

Rating : ★★★★★ (2 Ratings)          Rate it: ☆☆☆☆☆

---

**Re: Michael Moore Motive**                                    7-Aug-09 09:10 am

The Spruce Goose, a SI swimsuit model and Hebrew National--all in one post. Who could ask for more?

stokklerk

44/Male
Sand Deigo

View Messages
Ignore User
Report Abuse

Rating : ★★★★★ (No ratings)          Rate it: ☆☆☆☆☆

---

**Re: Michael Moore Motive**                                    11-Aug-09 01:32 am

seems to me that svlfx is only pushing the stock so that the offering was successful and there were funds to pay his preferred dividends.

Has he bought any common. If so has he suscribed to any of the rights offering?

lzhrbt



View Messages
Ignore User
Report Abuse

Sentiment : Strong Sell

---



★★★★★ (1 Rating)          ☆☆☆☆☆

### Re: Michael Moore Motive                           6-Aug-09 10:48 am

????????????????What???????????

slvfx

57/Male
Pennsylvani...

View Messages
Ignore User
Report Abuse

**Rating :**                    **Rate it:**
★★★★★ (2 Ratings)          ☆☆☆☆☆

---

### Re: Michael Moore Motive                           5-Aug-09 11:59 am

Can some please tell me why I cannot sell any of my USATR securities??? My
TDameritrade account manager told me that I don't own the company, I only
own expired coupons!!! Why the heck would me to buy them on Friday
July 31'st knowing they expire on that day is beyond me... If this is not a scam, I
don't know what is. I know I was taking a risk by buying a security for 4 cents,
but come on, it was listed on the Nasdaq and when I research the company, it
was REAL. The company neither crashed or went out of business, so why would
that mean I LOSE every penny I put into it?

mfawazo045

32/Male

View Messages
Ignore User
Report Abuse

**Rating :**                    **Rate it:**
★★★★★ (2 Ratings)          ☆☆☆☆☆

---

### Re: Michael Moore Motive                           5-Aug-09 03:49 pm

mfawazo045....You bought the right to buy a stock for $2 which included a
warrant to buy another one in the future for 2.20. You had to exercise the right
to purchase the stock by July 31st. You didn't exercise the right so your right
expired. I am surprised that your broker wouldn't have explained that to you.

slvfx

57/Male
Pennsylvani...

View Messages
Ignore User
Report Abuse

**Rating :**                    **Rate it:**
★★★★★ (2 Ratings)          ☆☆☆☆☆

---

**View:** Simple | Summary | Expanded                Page 1 of about 1   First | < Prev | Next > | Last
**As:** Threaded | Msg List

< Newer Topic | Older Topic >

Copyright 2009 © Yahoo! Inc.  All right reserved. Terms of Service - Copyright/IP Policy - Send Feedback - Help
We collect personal information on this site. For more information please see our Privacy Policy - About Our Ads.

# STOKKLERK STATEMENT FROM AUGUST 10, 2009 AT 2:34PM

New User? Sign Up | Sign In | Help                                Get Yahoo! Toolbar              Yahoo!      Mail

# YAHOO!® FINANCE

| | Search | | Web Search |

What improvements would you like in Yahoo! Finance Message Boards? Please send us feedback.

## USA Technologies Inc. - Quote Info

Message Boards Settings

Search :  [                    ] in [USA Technologies Inc. bo... ▾] [Search]    ▷ Advanced Search

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks U > USA Technologies Inc.

View all Topics | View all Messages      < Newer Topic | Older Topic >

Get Message Board for: [      ] ( GO )

ADVERTISEMENT

**View:** Simple | Summary | Expanded
**As:** Threaded | Msg List                            Page 1 of about 1   First | < Prev | Next > | Last

## Messages in Topic

Minimum rating: [2 stars + unrated ▾] What's this?

---

### $800,000,000 market                                  10-Aug-09 01:15 pm

Someone wondered where the stock could go from here. Just ½ the market of
vending machines would be 4,000,000 machines generating about $200 per year
would give usat 800 million market potential in recurring revenue with no allowence
for the revenue in equipment sales.

slvfx

57/Male
Pennsylvani...

View Messages
Ignore User
Report Abuse

**Rating :** ★★★★★ (1 Rating)          **Rate it:** ☆☆☆☆☆

[Reply]

---

### Re: $800,000,000 market                              10-Aug-09 01:20 pm

The Small Cap Conference luncheon keynote will be presented by baseball great
Darryl Strawberry, who will be sharing information on the Darryl Strawberry
Foundation, an organization dedicated to ensuring quality of life for those dealing
with autism. The luncheon will also include an address by Mr. George Jensen of
USA Technologies, who will speak on Cashless Payment Technologies in the
Vending Industry.

http://finance.yahoo.com/news/WallStreet...

slvfx

57/Male
Pennsylvani...

View Messages
Ignore User
Report Abuse

**Rating :** ★★★★★ (1 Rating)          **Rate it:** ☆☆☆☆☆

[Reply]

---

### Re: $800,000,000 market                              11-Aug-09 08:18 am

To everyone on this board (except slvfx):

Whenever you see a press release or announcement related to a company
involved in automated cashless payments(other than USAT ), PLEASE post the
link on this board.

Thank you!

michael_moo...

View Messages
Ignore User
Report Abuse

---

## USA Technologies Inc. (USAT)

USAT 10-Dec 3:31pm (C)Yahoo!

1.70
1.65
1.60
1.55
10am   12pm   2pm   4pm

At 3:31PM ET: **1.61** ↓ 0.08 (4.73%)

Enter Symbol(s): [      ] ( Get Quote )
e.g. YHOO, ^DJI
Symbol Lookup

Get streaming real-time quotes - Free Trial

Quote data delayed 15 minutes for Nasdaq, NYSE and
Amex. For delay times on other exchanges see
exchange table.

### SPONSORED LINKS

**Free Penny Stocks Alerts** - We Pick & Profile
Soaring Stocks. Receive Our Penny Free Stock
Alerts.
www.stockpicktrading.com

**Bose** - Read reviews for this business wit
directions, offers and more
Siliconvalley.Citysearch.com

**Want to Master The Stock Market?** - Karl Dittman,
Stock Market Veteran of 30 Years, Shares His
Secrets.

www.TradingStockIndices.com

Stock Market News - Find the latest positive news
on penny stocks.
GoodPennyStocks.com/News

**Sentiment : Strong Sell**

**Rating :**
★★★★★ (1 Rating)

**Rate it :**
☆☆☆☆☆

---

### Re: $800,000,000 market                          10-Aug-09 02:10 pm

USAT currently enjoys a .6% market share. This massive accomplishment required
15 years and over $168M in investment. Based on this trend, to reach your 50%
share and $800M dream world will require another $14Billion and 83 years.

michael_moo...

View Messages
Ignore User
Report Abuse

**Sentiment : Strong Sell**

**Rating :**
★★★★★ (2 Ratings)

**Rate it :**
☆☆☆☆☆

---

### Re: $800,000,000 market                          10-Aug-09 02:34 pm

slvfx is in the tank.

USAT: soft Ponzi?

stokllerk

44/Male
Sand Deigo

View Messages
Ignore User
Report Abuse

**Rating :**
★★★★★ (1 Rating)

**Rate it :**
☆☆☆☆☆

---

**View:** Simple | Summary | Expanded               Page 1 of about 1   First | < Prev | Next > | Last
**As:** Threaded | Msg List

< Newer Topic | Older Topic >

Copyright 2009 © Yahoo! Inc.  All right reserved. Terms of Service - Copyright/IP Policy - Send Feedback - Help
We collect personal information on this site. For more information please see our Privacy Policy - About Our Ads.

# STOKKLERK STATEMENT FROM AUGUST 11, 2009 AT 11:56AM

New User? Sign Up | Sign In | Help     Get Yahoo! Toolbar     Yahoo!     Mail

**YAHOO!** FINANCE     [Search]     [Web Search]

What improvements would you like in Yahoo! Finance Message Boards? Please send us feedback.

**USA Technologies Inc.** - Quote Info

Message Boards Settings

Search :  [                    ]  in  [USA Technologies Inc. bo ▾]  [Search]     ▷ Advanced Search

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks U > USA Technologies Inc.

View all Topics | View all Messages     < Newer Topic | Older Topic >     Get Message Board for: [        ] (GO)

View: Simple | Summary | Expanded
As: Threaded | Msg List     Page 1 of about 1  First | < Prev | Next > | Last     ADVERTISEMENT

### Messages in Topic     Minimum rating: [2 stars + unrated ▾] What's this?

---

**Anyone want to take bets on the Rights offering being fully subscibed to?**

1-Aug-09 12:15 pm

I bought in on it. Heavy trading on the rights which indicates to me that it is a done deal?

Anybody else have any thoughts on it?

portofcall1...

View Messages
Ignore User
Report Abuse

Rating :
★★★★★ (1 Rating)     Rate it:   ☆☆☆☆☆

---

**Re: Anyone want to take bets on the Rights offering being fully subscibed to?**

1-Aug-09 12:40 pm

Never bet against George Jensen keeping this company moving forward. My money is on George that this funding is complete.

slvfx

57/Male
Pennsylvani...

View Messages
Ignore User
Report Abuse

Rating :
★★★★★ (1 Rating)     Rate it:   ☆☆☆☆☆

---

**Re: Anyone want to take bets on the Rights offering being fully subscibed to?**

11-Aug-09 03:58 am

---

**USA Technologies Inc. (USAT)**

USAT 10-Dec 3:31pm (C)Yahoo!

At 3:31PM ET: **1.61** ↓ 0.08 (4.73%)

Enter Symbol(s): [        ] (Get Quote)
e.g. YHOO, ^DJI
Symbol Lookup

Get streaming real-time quotes - Free Trial

Quote data delayed 15 minutes for Nasdaq, NYSE and Amex. For delay times on other exchanges see exchange table.

**SPONSORED LINKS**

**Zell Associates -- Property Management** - Full Service Prop Mgmt in Palo Alto, Apartments 2-200, Homes, since '74
www.zell.com

**Stock Market Charts for Better Investing** - Improve your investing and make more money, with Stock Market Charts from Jadco Performance Investing! Click to see our free stock market chart samples.
www.jadco.com

Dear Dear Dear old foxy. How many years has it been. You and King George Do know how to raise cash and o/s and funding your life styles. King George could not make a profit if it fell in his lap. He only knows how to sell stock and find new suckers to fund his company. Hope you enjoyed screwing people out of their money over the years. Must make one feel good. "Preferred" Man.

rephresh79



46/Male

View Messages

Ignore User

Report Abuse

fixed asset management - Call for Expert QuickBooks Setup, Consulting & Training. www.bdstratton.com

Find a Palo Alto Attorney - Browse Attorney Listings in Palo Alto. Compare Profiles & Credentials. Free in-depth Research. FindLaw.com.
na.link.decdna.net

**Rating :**
★★★★★ (1 Rating)

**Rate it:**
☆☆☆☆☆

---

### Re: Anyone want to take bets on the Rights offering being fully subsribed to?

11-Aug-09 07:09 am

The company raised 14.7 million dollars through existing shareholders. That alone says that their is confidence in the company

slvfx



57/Male
Pennsylvani...

View Messages

Ignore User

Report Abuse

**Rating :**
★★★★★ (1 Rating)

**Rate it:**
☆☆☆☆☆

---

### Re: Anyone want to take bets on the Rights offering being fully subsribed to?

11-Aug-09 08:24 am

Cashless payment systems ARE being adopted today and in HUGE NUMBERS, however 99.9% of this activity does not in any way involve USAT. We all see cashless growing everyday... the Coke machines at the outlet mall, the DVD kiosk at the Kroger, ticket kiosks at the movies... NONE OF THIS INVOLVES USAT.

For vending operators, the USAT focus and strategy has been WRONG from the beginning. As USAT has proven over the past 10 years, the ROI for cashless alone for the vast majority of operators has been NEGATIVE. The business case will eventually be made by combining cashless with inventory/route management, cash management, and eventually advertising/promotions... NOT cashless alone.

There was a window of opportunity to become a major player and USAT missed it. One year from today they will have generated another $4M+ annual loss, management will have been awarded more unwarranted bonuses, and once again USAT will be scrambling for cash.

michael_moo...



View Messages

Ignore User

Report Abuse

**Rating :**
★★★★★ (1 Rating)

**Rate it:**
☆☆☆☆☆

---

### Re: Anyone want to take bets on the Rights offering being fully subsribed to?

11-Aug-09 08:51 am

Usa Technologies has a three year exclusive with coca cola. Coca cola owns 1/3 of the vending machines out there. Usa Technologies has a three year 70% exclusive with compass group which is the largest food service in the world.
Pepsi had an exclusive with tns that didn't go anywhere.

Who owns vending? USAT

slvfx

57/Male
Pennsylvani...

View Messages

Ignore User

**Rating :**                    **Rate it:**

★★★★★ (No ratings)   ☆☆☆☆☆                                    Report Abuse

### Re: Anyone want to take bets on the Rights offering being fully subsibed to?

                                                         11-Aug-09 09:19 am

Coca-Cola- if they had an exclusive, I would not be seeing the MEI units   michael_moo...
on Coke machines

Compass- 70% exclusive on their "cashless machines" which are a very
small subset of the total population

Pepsi is working on cashless but not with USAT.                           View Messages

USAT owns .6% of vending                                                  Ignore User

                                                                          Report Abuse
**Sentiment : Strong Sell**

**Rating :**              **Rate it:**
★★★★★ (1 Rating)         ☆☆☆☆☆

### Re: Anyone want to take bets on the Rights offering being fully subsibed to?

                                                         11-Aug-09 10:19 am

Usat owns over 90% of the vending market.                                 slvfx

                                                                          

                                                                          57/Male
                                                                          Pennsylvani...

                                                                          View Messages

                                                                          Ignore User

**Rating :**              **Rate it:**                                    Report Abuse
★★★★★ (1 Rating)         ☆☆☆☆☆

### Re: Anyone want to take bets on the Rights offering being fully subsibed to?

                                                         11-Aug-09 12:02 pm

USAT owns:                                                                 michael_moo...
1. 10 year cumulative net loss of $168M+++
2. $30M+ in excessive executive compensation
3. .6% market share
4. Patents on several outdated technologies                               View Messages

                                                                          Ignore User

                                                                          Report Abuse

**Sentiment : Strong Sell**

**Rating :**              **Rate it:**
★★★★★ (1 Rating)         ☆☆☆☆☆

### Re: Anyone want to take bets on the Rights offering being fully subsibed to?

                                                         11-Aug-09 01:31 pm

You say USAT owns 90% of the vending market?                              mummer7

Case 2:09-cv-00275-SD Document 16-4 Filed 12/11/09 Page 48 of 56

I've seen vending for all of my nearly 60 years. Nobody would place machines if they weren't profitable.

USAT hasn't earned a penny. Have they cornered the not profitable market?

Foxy, do you have a new set of pom-poms?

USAT has made George and his buddies rich while doing nothing for his "investors."

**60/Male Pennsylvani...**

View Messages

Ignore User

Report Abuse

**Rating :**
★★★★★ (1 Rating)

**Rate it:**
☆☆☆☆☆

---

**Re: Anyone want to take bets on the Rights offering being fully subscibed to?**

11-Aug-09 11:56 am

slvfx has a lifetime exclusive with George Jensen.

Caveat emptor.

USAT: soft Ponzi?

stokkjerk

**44/Male Sand Deigo**

View Messages

Ignore User

Report Abuse

**Rating :**
★★★★★ (1 Rating)

**Rate it:**
☆☆☆☆☆

---

**Re: Anyone want to take bets on the Rights offering being fully subscibed to?**

1-Aug-09 12:48 pm

Most people think I am nuts for being so positive about this company for so long but I would like to remind everyone that the main premise hasn't changed.

....A Credit card reader will be on most vending machines due to the demand from consumers.

As usual my question to the naysayers is and will continue to be Which company is in the best position to meet that demand?

slvfx

**57/Male Pennsylvani...**

View Messages

Ignore User

Report Abuse

**Rating :**
★★★★★ (2 Ratings)

**Rate it:**
☆☆☆☆☆

---

**View:** Simple | Summary | Expanded          Page 1 of about 1   First | < Prev | Next > | Last
**As:** Threaded | Msg List

---

< Newer Topic | Older Topic >

Copyright 2009 © Yahoo! Inc.  All right reserved. Terms of Service - Copyright/IP Policy - Send Feedback - Help
We collect personal information on this site. For more information please see our Privacy Policy - About Our Ads.

# STOKKLERK STATEMENT FROM AUGUST 14, 2009 AT 9:25AM

Case3:09-mc-80275-SI    Document16-4    Filed12/14/09    Page50 of 56

New User? Sign Up | Sign In | Help                Get Yahoo! Toolbar                Yahoo!      Mail

# YAHOO!® FINANCE

| Search | | Web Search |

What improvements would you like in Yahoo Finance Message Boards? Please send us feedback.

## USA Technologies Inc. - Quote Info

Message Boards Settings

Search : [                    ] in [USA Technologies Inc. bo▼] [Search]        ▷ Advanced Search

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks U > USA Technologies Inc.

View all Topics | View all Messages        < Newer Topic | Older Topic >        Get Message Board for: [        ] [GO]

View: Simple | Summary | Expanded                                        ADVERTISEMENT
As: Threaded | Msg List                    Page 1 of about 1  First | < Prev | Next > | Last

## Messages in Topic
                                           Minimum rating: [2 stars - unrated ▼] What's this?

### Accounting Omissions?                                        12-Aug-09 10:34 am

Can someone out there with an accounting background answer this question- USAT          michael_moo...
has accrued $9.7M in interest payable on preferred shares ( to Slvfx and others)
however this $9.7M does not show anywhere on their balance sheet??? If the
company considers this to be an actual obligation, should it not be shown under          View Messages
liabilities on the balance sheet?????
Here's the accrual section from the 3/31/09 quarterly 10-Q (and as Slvfx has pointed     Ignore User
out, these 10-Q's only contain FACTS):
                                                                                         Report Abuse
USA Technologies, Inc.
Notes to Consolidated Financial Statements

2. Accrued Expenses
"Accrued share-based payment liability $0"

Sentiment : Strong Sell

Rating :                          Rate it:
★★★★★ (1 Rating)                 ☆☆☆☆☆

[Reply]

### Re: Accounting Omissions?                                        12-Aug-09 05:01 pm

The dividends are not paid out till either the company calls for the preferred or the    slvfx
company gets bought. Considering the company has 20 million with no debt I
think I stand in a pretty good position. Even the chart agrees.                          57/Male
                                                                                         Pennsylvani...
http://moneycentral.msn.com/investor/cha...
                                                                                         View Messages

                                                                                         Ignore User

                                                                                         Report Abuse

Rating :                          Rate it:
★★★★★ (1 Rating)                 ☆☆☆☆☆

[Reply]

### Re: Accounting Omissions?                                        12-Aug-09 07:24 pm

Slvfx...the more I think about your situation the more I laugh. You are stuck...          michael_moo...
you cannot sell at $9.50/share and forfeit your hypothetical $21 dividend.

The company would have to call the shares for the dividend to be payable ...call

---

### USA Technologies Inc. (USAT)


USAT 10-Dec 3:31pm (C)Yahoo

At 3:59PM ET: **1.60** ↓ 0.09 (5.33%)

Enter Symbol(s): [            ] [Get Quote]
e.g. YHOO, ^DJI
                Symbol Lookup

Get streaming real-time quotes - Free Trial

Quote data delayed 15 minutes for Nasdaq, NYSE and
Amex. For delay times on other exchanges see
exchange table.

### SPONSORED LINKS

Free Penny Stocks Alerts - We Pick & Profile
Soaring Stocks. Receive Our Penny Free Stock
Alerts.
www.stockpicktrading.com

Stock Picks Analyst 1000% - Buy Mundus Group
Inc. Hot Stocks - Potential Price of $0.68 - Big
Gain
www.stocksource.us

Palo Alto Flooring - Find prescreened floor
contractors in Palo Alto CA in just one click.

Case3:09-mc-80275-SI    Document164    Filed12/11/09    Page51 of 56

contractors.clicksmart.com

Good Penny Stocks - Find a list of penny stocks
with good fundamentals.
GoodPennyStocks47.com

$3.6M in stock and pay a $10M dividend??? Not going to happen!!!

An acquisition??? NOT!!!



View Messages

Ignore User

Report Abuse

You omitted the third option- liquidation in which case you would get a "ratable"
share payment. (ratable = cents on the dollar)
And you come on this board making statements like "USAT owns 90% of
vending" and questioning other people's motivations??? You are SCREWED with
your USATP and recruiting other poor souls to buy in so you can jump out... talk
about less than honest motivations.

PS: and if I were you, I would still be worried about your accrued dividend not
being on the balance sheet... $19M cash = one year for this company.

Sentiment : Strong Sell

Rating :
★★★★★ (1 Rating)

Rate it:
☆☆☆☆☆



---

### Re: Accounting Omissions?                                     12-Aug-09 07:58 pm

I am not worried at all...                                        slvfx

USAT has no debt and 20 million in cash.                         

Compare that to someone like Bain Capital's investment of hundreds of          57/Male
millions of dollars for MEI. They have an expensive reader, no intellectual     Pennsylvani...
property and they have to use someone elses back end.
                                                                 View Messages
Your familiar with MEI Right!
                                                                 Ignore User

                                                                 Report Abuse

Rating :
★★★★★ (1 Rating)

Rate it:
☆☆☆☆☆



---

### Re: Accounting Omissions?                                     12-Aug-09 10:40 pm

Michael Moore, "do you work for this MEI?"                        portofcall1...

                                                                 View Messages

                                                                 Ignore User

                                                                 Report Abuse

Rating :
★★★★★ (1 Rating)

Rate it:
☆☆☆☆☆



---

### Re: Accounting Omissions?                                     13-Aug-09 08:28 am

I DO NOT WORK FOR AND HAVE NEVER WORKED FOR MEI... I merely      michael_moo...
mentioned one of their devices that I saw on a Coke machine while on
vacation earlier this summer. Slvfx says their unit cost more than ePort but     
fails to mention the MEI unit also handles cash which is still 98% of all
vending transactions.
                                                                 View Messages
I work in the technology arena but no longer work in the vending industry. I
became aware of USAT years ago, saw it for what it was, and today cannot         Ignore User
believe people continue to invest in what is so clearly a facade.
                                                                 Report Abuse
Slvfx IS WORRIED and that is why he is on this board daily hyping this POS
after all this time. Even with the $14.7M, this only buys one more year...
their burn rate is consistently $4M per quarter (this quarter will be no
different) and calling the USATP would cost $14M... NOT GOING TO
HAPPEN.

Case 09-cv-00275-SI   Document 16-4   Filed 12/11/09   Page 52 of 56

Slvfx is now part of the SCAM and wants other uninformed investors to buy in so he can recover his investment in USATP. I have nothing to gain financially; slvfx is apparently on the hook for a substantial amount.

**Sentiment : Strong Sell**

Rating :
★★★★★ (2 Ratings)

Rate it:
☆☆☆☆☆

---

### Re: Accounting Omissions?                    13-Aug-09 09:22 am

AND I was in no way attempting to show preference for MEI... below are links to several companies that provide credit card and cashless systems to the vending industry and the broader unattended point of sale industry.

http://www.verifone.com/unattended--outd...
http://www.cardlogix.com/products/cards/...
http://www.ingenico.com/SITEFORUM?&t=/De...
http://www.hypercom.com/products/unatten...
http://www.commstarinc.com/
http://www.avtinconline.com/
http://www.heartlandpaymentsystems.com/M...
http://www.microtronicus.com/



michael_moo...

View Messages

Ignore User

Report Abuse

**Sentiment : Strong Sell**

Rating :
★★★★★ (1 Rating)

Rate it:
☆☆☆☆☆

---

### Re: Accounting Omissions?                    14-Aug-09 09:25 am

MM, you've done a thorough, factual job of debunking "death panel" slvfx's rationales in favor of buying and holding USATP--his disassociation with the common stock duly noted and laughable. He'll be back with more distortions. His ox is being gored. Suckering potential investors into USAT is so small a price to pay to remedy the situation, the needle doesn't budge on his ethics-o-meter.

He learned from a master.

USAT: soft Ponzi?

stokklerk

44/Male
Sand Deigo

View Messages

Ignore User

Report Abuse

Rating :
★★★★★ (No ratings)

Rate it:
☆☆☆☆☆

---

### Re: Accounting Omissions?                    14-Aug-09 10:20 am

Most of these companies are set up to take machines on an individual basis. In otherwords an individual account for every machine.

Most of these companies also don't have a backend system.

More importantly they don't have any protection in terms of intellectual property.

Host of other restrictions for most of them to enter the market. There are other real Competitors which surprisingly you haven't mentioned. Watching this industry isn't a hobby for me. I take it very seriously.

slvfx

57/Male
Pennsylvani...

View Messages

Ignore User

Report Abuse

Case 3:09-cr-00376-SI    Document 16-4    Filed 12/11/09    Page 53 of 56



★★★★★ (No ratings)    ☆☆☆☆☆

**Re: Accounting Omissions?**                    14-Aug-09 10:24 am

Value is in the eye of the beholder.Since you are not a shareholder and
you continue to bash the company daily of course you see no value.

I see the value just in Patents alone.

slvfx

57/Male
Pennsylvani...

View Messages
Ignore User
Report Abuse

**Rating :**                    **Rate it:**
★★★★★ (No ratings)    ☆☆☆☆☆

---

**Re: Accounting Omissions?**                    14-Aug-09 11:01 am

Didn't take "death panel" slvfx long.

He sees value in the patents. If that were the case, USAT would be
highly profitable as a patent leasing company. It's not.

He takes the cashless vending sector very seriously. That statement is
pure "death panel," nothing but unquantifiable white noise.

All an investor needs to know about USAT are in the consistent
negative earnings/exhorbitant executive compensation since the
company's inception. Quantifiable. Non-negotiable. Unsusceptible to
"death panel" arguments.

USAT: soft Ponzi?

stokklerk

44/Male
Sand Deigo

View Messages
Ignore User
Report Abuse

**Rating :**                    **Rate it:**
★★★★★ (No ratings)    ☆☆☆☆☆

⌐ ... See more replies

---

**Re: Accounting Omissions?**                    13-Aug-09 08:23 am

Slvfx- Management doesn't even hang on to their stock... why would they buy
back yours???

And remember, if it is not on the balance sheet, it does not exist.

YOU ARE SCREWED!!!

michael_moo...

View Messages
Ignore User
Report Abuse

**Sentiment : Strong Sell**

**Rating :**                    **Rate it:**
★★★★★ (1 Rating)    ☆☆☆☆☆

---

**View:** Simple | Summary | Expanded                    Page 1 of about 1   First | < Prev | Next > | Last
**As:** Threaded | Msg List

< Newer Topic | Older Topic >

Copyright 2009 © Yahoo! Inc. All right reserved. Terms of Service - Copyright/IP Policy - Send Feedback - Help
We collect personal information on this site. For more information please see our Privacy Policy - About Our Ads.

# STOKKLERK STATEMENT FROM AUGUST 14, 2009 AT 11:01AM

Case 3:09-mc-80375-SI    Document 16-4    Filed 12/11/09    Page 55 of 56



New User? Sign Up | Sign In | Help          Get Yahoo! Toolbar          Yahoo!     Mail

# YAHOO! FINANCE

What improvements would you like in Yahoo! Finance Message Boards? Please send us feedback.

## USA Technologies Inc. - Quote Info

Search :  [                    ] in [ USA Technologies Inc. bo... ▾]  [ Search ]

 Advanced Search

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks U > USA Technologies Inc.

View all Topics | View all Messages        < Newer Topic | Older Topic >

Get Message Board for: [        ] ( GO )

ADVERTISEMENT

View: Simple | Summary | Expanded
As: Threaded | Msg List

Page 1 of about 1   First | < Prev | Next > | Last

## Messages in Topic

Minimum rating: [ 2 stars + unrated ▾]  What's this?

---

### Accounting Omissions?                                          12-Aug-09 10:34 am

Can someone out there with an accounting background answer this question- USAT has accrued $9.7M in interest payable on preferred shares ( to Slvfx and others) however this $9.7M does not show anywhere on their balance sheet??? If the company considers this to be an actual obligation, should it not be shown under liabilities on the balance sheet?????
Here's the accrual section from the 3/31/09 quarterly 10-Q (and as Slvfx has pointed out, these 10-Q's only contain FACTS):

USA Technologies, Inc.
Notes to Consolidated Financial Statements

2. Accrued Expenses
"Accrued share-based payment liability $0"

**Sentiment :** Strong Sell

**Rating :**
★★★★★ (1 Rating)

**Rate it:**
☆☆☆☆☆

michael_moo...

View Messages
Ignore User
Report Abuse

---

### Re: Accounting Omissions?                                      12-Aug-09 05:01 pm

The dividends are not paid out till either the company calls for the preferred or the company gets bought. Considering the company has 20 million with no debt I think I stand in a pretty good position. Even the chart agrees.

http://moneycentral.msn.com/investor/cha...

**Rating :**
★★★★★ (1 Rating)

**Rate it:**
☆☆☆☆☆

slvfx

57/Male
Pennsylvani...

View Messages
Ignore User
Report Abuse

---

### Re: Accounting Omissions?                                      12-Aug-09 07:24 pm

Slvfx...the more I think about your situation the more I laugh. You are stuck... you cannot sell at $9.50/share and forfeit your hypothetical $21 dividend.

The company would have to call the shares for the dividend to be payable ...call

michael_moo...

---

### USA Technologies Inc. (USAT)

USAT 10-Dec 3:31pm (C)Yahoo!

```
1.70
1.65
1.60
1.55
    10am   12pm    2pm    4pm
```

At 3:59PM ET: **1.60** ↓ 0.09 (5.33%)

Enter Symbol(s): [        ] ( Get Quote )
e.g. YHOO, ^DJI

Symbol Lookup

Get streaming real-time quotes - Free Trial

Quote data delayed 15 minutes for Nasdaq, NYSE and Amex. For delay times on other exchanges see exchange table.

### SPONSORED LINKS

**Free Penny Stocks Alerts** - We Pick & Profile Soaring Stocks. Receive Our Penny Free Stock Alerts.
www.stockpicktrading.com

**Stock Picks Analyst 1000%** - Buy Mundus Group Inc. Hot Stocks - Potential Price of $0.68 - Big Gain
www.stocksource.us

**Palo Alto Flooring** - Find prescreened floor contractors in Palo Alto CA in just one click.

---

$3.6M in stock and pay a $10M dividend??? Not going to happen!!!

An acquisition??? NOT!!!

You omitted the third option- liquidation in which case you would get a "ratable" share payment. (ratable = cents on the dollar)
And you come on this board making statements like "USAT owns 90% of vending" and questioning other people's motivations??? You are SCREWED with your USATP and recruiting other poor souls to buy in so you can jump out... talk about less than honest business.

PS: and if I were you, I would still be worried about your accrued dividend not being on the balance sheet... $19M cash = one year for this company.

**Sentiment : Strong Sell**

Rating :
★★★★★ (1 Rating)

Rate it:
☆☆☆☆☆


View Messages
Ignore User
Report Abuse

contractors.clicksmart.com

**Good Penny Stocks** - Find a list of penny stocks with good fundamentals.
GoodPennyStocks47.com

---

### Re: Accounting Omissions?                12-Aug-09 07:58 pm

I am not worried at all...

USAT has no debt and 20 million in cash.

Compare that to someone like Bain Capital's investment of hundreds of millions of dollars for MEI. They have an expensive reader, no intellectual property and they have to use someone elses back end.

Your familiar with MEI Right!

Rating :
★★★★★ (1 Rating)

Rate it:
☆☆☆☆☆

slvfx


57/Male
Pennsylvani...

View Messages
Ignore User
Report Abuse

---

### Re: Accounting Omissions?                12-Aug-09 10:40 pm

Michael Moore, "do you work for this MEI?"

Rating :
★★★★★ (1 Rating)

Rate it:
☆☆☆☆☆

portofcall1...


View Messages
Ignore User
Report Abuse

---

### Re: Accounting Omissions?                13-Aug-09 08:28 am

I DO NOT WORK FOR AND HAVE NEVER WORKED FOR MEI... I merely mentioned one of their devices that I saw on a Coke machine while on vacation earlier this summer. Slvfx says their unit cost more than ePort but fails to mention the MEI unit also handles cash which is still 98% of all vending transactions.

I work in the technology arena but no longer work in the vending industry. I became aware of USAT years ago, saw it for what it was, and today cannot believe people continue to invest in what is so clearly a facade.

Slvfx IS WORRIED and that is why he is on this board daily hyping this POS after all this time. Even with the $14.7M, this only buys one more year... their burn rate is consistently $4M per quarter (this quarter will be no different) and calling the USATP would cost $14M... NOT GOING TO HAPPEN.

michael_moo...


View Messages
Ignore User
Report Abuse