Slvfx is now part of the SCAM and wants other uninformed investors to buy in so he can recover his investment in USATP. I have nothing to gain financially; Slvfx is apparently on the hook for a substantial amount.

**Sentiment : Strong Sell**

**Rating :**
★★★★★ (2 Ratings)

**Rate it:**
☆☆☆☆☆



---

**Re: Accounting Omissions?**                                    13-Aug-09 09:22 am

AND I was in no way attempting to show preference for MEI... below are links to several companies that provide credit card and cashless systems to the vending industry and the broader unattended point of sale industry.

http://www.verifone.com/unattended--outd...
http://www.cardlogix.com/products/cards/...
http://www.ingenico.com/SITEFORUM/&t=/De...
http://www.hypercom.com/products/unatten...
http://www.commstarinc.com/
http://www.avtinconline.com/
http://www.heartlandpaymentsystems.com/M...
http://www.microtronicus.com/

michael_moo...



View Messages

Ignore User

Report Abuse

**Sentiment : Strong Sell**

**Rating :**
★★★★★ (1 Rating)

**Rate it:**
☆☆☆☆☆



---

**Re: Accounting Omissions?**                                    14-Aug-09 09:25 am

MM, you've done a thorough, factual job of debunking "death panel" slvfx's rationales in favor of buying and holding USATP--his disassociation with the common stock duly noted and laughable. He'll be back with more distortions. His ox is being gored. Suckering potential investors into USAT is so small a price to pay to remedy the situation, the needle doesn't budge on his ethics-o-meter.

He learned from a master.

USAT: soft Ponzi?

stokklerk



44/Male
Sand Deigo

View Messages

Ignore User

Report Abuse

**Rating :**
★★★★★ (No ratings)

**Rate it:**
☆☆☆☆☆

---

**Re: Accounting Omissions?**                                    14-Aug-09 10:20 am

Most of these companies are set up to take machines on an individual basis. In otherwords an individual account for every machine.

Most of these companies also don't have a backend system.

More importantly they don't have any protection in terms of intellectual property.

Host of other restrictions for most of them to enter the market. There are other real Competitors which surprisingly you haven't mentioned. Watching this industry isn't a hobby for me. I take it very seriously.

slvfx



57/Male
Pennsylvani...

View Messages

Ignore User

Report Abuse

Yahoo! Message Boards - USA Technologies Inc. - Accounting Omissions?

http://messages.finance.yahoo.com/Stocks_(A_to_Z)/Stocks_U/threadview?m=t...

Case3:09-mc-80275-SI   Document16-5   Filed12/14/09   Page32 of 260

★★★★★ (No ratings)     ☆☆☆☆☆

▮▮▮▮

---

### Re: Accounting Omissions?                    14-Aug-09 10:24 am

Value is in the eye of the beholder.Since you are not a shareholder and
you continue to bash the company daily of course you see no value.

I see the value just in Patents alone.



slvfx

57/Male
Pennsylvani...

View Messages

Ignore User

Report Abuse

**Rating :**                    **Rate it:**
★★★★★ (No ratings)     ☆☆☆☆☆

▮▮▮▮

---

### Re: Accounting Omissions?                    14-Aug-09 11:01 am

Didn't take "death panel" slvfx long.

He sees value in the patents. If that were the case, USAT would be
highly profitable as a patent leasing company. It's not.

He takes the cashless vending sector very seriously. That statement is
pure "death panel," nothing but unquantifiable white noise.

All an investor needs to know about USAT are in the consistent
negative earnings/exhorbitant executive compensation since the
company's inception. Quantifiable. Non-negotiable. Unsusceptible to
"death panel" arguments.

USAT: soft Ponzi?



stokklerk

44/Male
Sand Deigo

View Messages

Ignore User

Report Abuse

**Rating :**                    **Rate it:**
★★★★★ (No ratings)     ☆☆☆☆☆

▮▮▮▮

⌐... See more replies

---

### Re: Accounting Omissions?                    13-Aug-09 08:23 am

Slvfx- Management doesn't even hang on to their stock... why would they buy
back yours???

And remember, if it is not on the balance sheet, it does not exist.

YOU ARE SCREWED!!!

michael_moo...

View Messages

Ignore User

Report Abuse

**Sentiment :** Strong Sell

**Rating :**                    **Rate it:**
★★★★★ (1 Rating)     ☆☆☆☆☆

▮▮▮

---

**View:** Simple | Summary | Expanded          Page 1 of about 1   First | < Prev | Next > | Last
**As:** Threaded | Msg List

< Newer Topic | Older Topic >

Copyright 2009 © Yahoo! Inc.  All right reserved. Terms of Service - Copyright/IP Policy - Send Feedback - Help
We collect personal information on this site. For more information please see our Privacy Policy - About Our Ads.

# STOKKLERK STATEMENT FROM AUGUST 14, 2009 AT 2:49PM

New User? Sign Up | Sign In | Help

Get Yahoo! Toolbar                Yahoo!      Mail

# YAHOO! FINANCE

| Search | | Web Search |

What improvements would you like in Yahoo! Finance Message Boards? Please send us feedback.

**USA Technologies Inc.** - Quote Info

Message Boards Settings

Search : [_____] in [ USA Technologies Inc. bo ▾ ] [ Search ]

▷ Advanced Search

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks U > USA Technologies Inc.

Get Message Board for: [_____] ( GO )

**View all Topics | View all Messages**    < Newer Topic | Older Topic >

ADVERTISEMENT

**View:** Simple | Summary | Expanded
**As:** Threaded | Msg List          Page 1 of about 1   First | < Prev | Next > | Last

## Messages in Topic

Minimum rating: [ 2 stars + unrated ▾ ] What's this?

---

**Accounting Omissions?**                          12-Aug-09 10:34 am

Can someone out there with an accounting background answer this question- USAT has accrued $9.7M in interest payable on preferred shares ( to Slvfx and others) however this $9.7M does not show anywhere on their balance sheet??? If the company considers this to be an actual obligation, should it not be shown under liabilities on the balance sheet?????
Here's the accrual section from the 3/31/09 quarterly 10-Q (and as Slvfx has pointed out, these 10-Q's only contain FACTS):

USA Technologies, Inc.
Notes to Consolidated Financial Statements

2. Accrued Expenses
"Accrued share-based payment liability $0"

**Sentiment : Strong Sell**

**Rating :**
★★★★★ (1 Rating)

michael_moo...

View Messages
Ignore User
Report Abuse

**Rate it:**
☆☆☆☆☆

[ Reply ]

---

**Re: Accounting Omissions?**                      12-Aug-09 05:01 pm

The dividends are not paid out till either the company calls for the preferred or the company gets bought. Considering the company has 20 million with no debt I think I stand in a pretty good position. Even the chart agrees.

http://moneycentral.msn.com/investor/cha...

slvfx

57/Male
Pennsylvani...

View Messages
Ignore User
Report Abuse

**Rating :**
★★★★★ (1 Rating)

**Rate it:**
☆☆☆☆☆

[ Reply ]

.... See replies above

---

**Re: Accounting Omissions?**                      14-Aug-09 11:39 am

Slvfx:

michael_moo...

---

### USA Technologies Inc. (USAT)

USAT 10-Dec 3:31pm (C)Yahoo!



At 3:59PM ET: **1.60** ↓ 0.09 (5.33%)

Enter Symbol(s): [_____] ( Get Quote )
e.g. YHOO, ^DJI
Symbol Lookup

Get streaming real-time quotes - Free Trial

Quote data delayed 15 minutes for Nasdaq, NYSE and Amex. For delay times on other exchanges see exchange table.

**SPONSORED LINKS**

**Free Penny Stocks Alerts** - We Pick & Profile Soaring Stocks. Receive Our Penny Free Stock Alerts.
www.stockpicktrading.com

**Stock Picks Analyst 1000%** - Buy Mundus Group Inc. Hot Stocks - Potential Price of $0.68 - Big Gain
www.stocksource.us

**Palo Alto Flooring** - Find prescreened floor contractors in Palo Alto CA in just one click.

RE: patents-
Can you give one example in the past three years where USAT has successfully defended a patent and in any way prevented another company from penetrating cashless vending?

RE: "real competitors"-
In the past you've indicated USAT had no real competitors and now you are claiming there are several I have omitted from my list. Can you tell us who these "real competitors" are?



View Messages

Ignore User

Report Abuse

**Sentiment :** Strong Sell

**Rating :**
★★★★★ (No ratings)

**Rate it:**
☆☆☆☆☆



---

### Re: Accounting Omissions?                    14-Aug-09 02:33 pm

I spend about an hour a week at the patent office monitoring patents. This is where all the action is. I have been doing this every week for years. No one can touch usat in vending.

slvfx



57/Male
Pennsylvani...

View Messages

Ignore User

Report Abuse

**Rating :**
★★★★★ (No ratings)

**Rate it:**
☆☆☆☆☆



---

### Re: Accounting Omissions?                    14-Aug-09 02:37 pm

Why would I give you competitve information to throw in my face all the time making groundless charges against the company.

For someone who doesn't own any of this stock why are you posting here day in and day out?

slvfx



57/Male
Pennsylvani...

View Messages

Ignore User

Report Abuse

**Rating :**
★★★★★ (No ratings)

**Rate it:**
☆☆☆☆☆



---

### Re: Accounting Omissions?                    14-Aug-09 02:49 pm

Q: RE: patents- "Can you give one example in the past three years where USAT has successfully defended a patent and in any way prevented another company from penetrating cashless vending?"

A: "I spend about a hour a week at the patent office monitoring patents. This is where all the action is. I have been doing this every week for years. No one can touch usat in vending."

Does anyone doubt that "Death Panel" slvfx is in the tank?

USAT: soft Ponzi?

stokklerk

44/Male
Sand Deigo

View Messages

Ignore User

Report Abuse

**Rating :**
★★★★★ (No ratings)

**Rate it:**
☆☆☆☆☆

---

### Re: Accounting Omissions?                    14-Aug-09 08:21 pm

contractors.clicksmart.com

Good Penny Stocks - Find a list of penny stocks with good fundamentals.
GoodPennyStocks47.com

Slvfx-
You are a "very serious" vending industry observer and you visit the patent office weekly but you cannot provide us with a single situation where USAT's IP was proven to have merit by excluding a potential competitor???

You appear to be full of hot air and driven by personal greed ... are you sure you are not a member of the USAT management team???

**michael_moo...**

View Messages
Ignore User
Report Abuse

**Sentiment : Strong Sell**

**Rating :**
★★★★★ (3 Ratings)

**Rate it:**
☆☆☆☆☆



---

### Re: Accounting Omissions?                 15-Aug-09 08:41 am

Go to the uspto yourself and look!

**slvfx**

57/Male
Pennsylvani...

View Messages
Ignore User
Report Abuse

**Rating :**
★★★★★ (1 Rating)

**Rate it:**
☆☆☆☆☆



---

### Re: Accounting Omissions?                 13-Aug-09 08:23 am

Slvfx- Management doesn't even hang on to their stock... why would they buy back yours???

And remember, if it is not on the balance sheet, it does not exist.

YOU ARE SCREWED!!!

**michael_moo...**

View Messages
Ignore User
Report Abuse

**Sentiment : Strong Sell**

**Rating :**
★★★★★ (1 Rating)

**Rate it:**
☆☆☆☆☆

< Newer Topic | Older Topic >

Copyright 2009 © Yahoo! Inc.  All right reserved. Terms of Service - Copyright/IP Policy - Send Feedback - Help
We collect personal information on this site. For more information please see our Privacy Policy - About Our Ads.

# STOKKLERK STATEMENT FROM AUGUST 16, 2009 AT 11:29PM

New User? Sign Up | Sign In | Help
Get Yahoo! Toolbar
Yahoo!    Mail

**YAHOO!** FINANCE

[Search]    [Web Search]

What improvements would you like in Yahoo! Finance Message Boards? Please send us feedback.

## USA Technologies Inc. - Quote Info

Message Boards Settings

Search :  [_____] in [USA Technologies Inc. bo...▼] [Search]

▷ Advanced Search

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks U > USA Technologies Inc.

View all Topics | View all Messages    < Newer Topic | Older Topic >

Get Message Board for: [_____] [GO]

ADVERTISEMENT

View: **Simple** | Summary | Expanded
As: **Threaded** | Msg List

Page 1 of about 1  First | < Prev | Next > | Last

### Messages in Topic

Minimum rating: [2 stars + unrated ▼]  What's this?

---

**The road is littered with Wanna BE's**                4-Aug-09 02:30 pm

It's surprising to me that all the naysayers don't remember companies like Ten Square, Marconi, Mail Boxes Etc, Isochron, US Wireless, TNS, Mars MEI and a host of others who have tried and failed.

slvfx

57/Male
Pennsylvani...

View Messages
Ignore User
Report Abuse

Rating :
★★★★★ (1 Rating)        Rate it:  ☆☆☆☆☆

[Reply]

---

**Re: The road is littered with Wanna BE's**            4-Aug-09 02:34 pm

I forgot the famous QI Systems. Tex came in on the ragingbull board and told the posters at the time how qi was the company who would lead the industry. Talk about Smoke and Mirrors..

slvfx

57/Male
Pennsylvani...

View Messages
Ignore User
Report Abuse

Rating :
★★★★★ (1 Rating)        Rate it:  ☆☆☆☆☆

[Reply]

---

**Re: The road is littered with Wanna BE's**            4-Aug-09 03:00 pm

I betcha all the folks who lost money wish they had something to complain about.

slvfx

57/Male
Pennsylvani...

View Messages
Ignore User

Rating :                  Rate it:

Get a $250 Gift Card
FREE, details apply
**Click Here Now**

**USA Technologies Inc. (USAT)**

USAT 10-Dec 3:31pm (C)Yahoo!
[stock chart]
1.70
1.65
1.60
1.55
    10am  12pm  2pm  4pm

At 3:59PM ET: **1.60** ↓ 0.09 (5.33%)

Enter Symbol(s): [_____] [Get Quote]
e.g. YHOO, ^DJI
          Symbol Lookup

Get streaming real-time quotes - Free Trial

Quote data delayed 15 minutes for Nasdaq, NYSE and Amex. For delay times on other exchanges see exchange table.

**SPONSORED LINKS**

Free Penny Stocks Alerts - We Pick & Profile Soaring Stocks. Receive Our Penny Free Stock Alerts.
www.stockpicktrading.com

Stock Picks Analyst 1000% - Buy Mundus Group Inc. Hot Stocks - Potential Price of $0.68 - Big Gain
www.stocksource.us

Palo Alto Flooring - Find prescreened floor contractors in Palo Alto CA in just one click.

★★★★★ (2 Ratings)    ☆☆☆☆☆    Report Abuse

contractors.clicksmart.com

Good Penny Stocks - Find a list of penny stocks
with good fundamentals.
GoodPennyStocks47.com

L— See replies above

---

### Re: The road is littered with Wanna BE's                16-Aug-09 04:28 pm

I would not agree with your characterization of soft ponzi.

Bernie Madorff is jealous. This is legalized highway robbery. Perfect ponzi. Keep
up the new stock offerings. However, the money does not go to the origianl
investors. It just goes to the management.

Soft ponzi ... NO
Hard ponzi ... Yes



lzhrtbt

View Messages

Ignore User

Report Abuse

**Sentiment : Sell**

**Rating :**
★★★★★ (1 Rating)

**Rate it:**
☆☆☆☆☆

---

### Re: The road is littered with Wanna BE's                16-Aug-09 11:29 pm

If you'll permit me...

Re USAT: "This is legalized highway robbery."

I think that's the very definition of a so-called soft Ponzi, vs. a, shall we say,
hard Ponzi, which is, by definition illegal. I don't recall where I got the
definition. A scholar of economics. Rubini, maybe. No matter. It seems to fit.

I think we're on the same page, different paragraph.

stokklerk

44/Male
Sand Deigo

View Messages

Ignore User

Report Abuse

**Rating :**
★★★★★ (1 Rating)

**Rate it:**
☆☆☆☆☆

---

**View:** Simple | Summary | Expanded          Page 1 of about 1   First | < Prev | Next > | Last
**As:** Threaded | Msg List

< Newer Topic | Older Topic >

Copyright 2009 © Yahoo! Inc.  All right reserved. Terms of Service - Copyright/IP Policy - Send Feedback - Help
We collect personal information on this site. For more information please see our Privacy Policy - About Our Ads.

# STOKKLERK STATEMENT FROM AUGUST 17, 2009 AT 2:04PM

Yahoo! Message Boards - USA Technologies Inc.: Rights offering    http://messages.finance.yahoo.com/Business_&_Finance/Stocks_U/threadview?m=t...

New User? Sign Up | Sign In | Help    Get Yahoo! Toolbar    Yahoo!    Mail

# YAHOO! FINANCE

Search    Web Search

**There's Still Time.** Give the Perfect Business Gift.
American Express® Gift Cards for Business
ORDER NOW FOR 50% OFF SHIPPING    Promo code DS322

What improvements would you like in Yahoo! Finance Message Boards? Please send us feedback.

**USA Technologies Inc.** - Quote Info

Message Boards Settings

Search : [                    ] in [ USA Technologies Inc. bo... ] [ Search ]    ▷ Advanced Search

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks U > USA Technologies Inc.

View all Topics | View all Messages    < Newer Topic | Older Topic >

Get Message Board for: [        ] [ GO ]

View: Simple | Summary | Expanded
As: Threaded | Msg List

Page 1 of about 1   First | < Prev | Next > | Last

## Messages in Topic

Minimum rating: [ 2 stars + unrated ▾ ] What's this?

ADVERTISEMENT
Find Your Graduating Class

I graduated in: 1996 / 1986 / 1976
[ FIND ]

| **Rights offering** | 16-Aug-09 09:04 am |
|---|---|

Just invested in rights offering after much research. The new products are far superior to competition of USAT and cost less. Best products will win this space.



tech_invest...

49/Female
Wayne, Penn...

View Messages
Ignore User
Report Abuse

**Sentiment : Strong Buy**

**Rating :**
★★★★★ (1 Rating)

**Rate it:**
☆☆☆☆☆



## USA Technologies Inc. (USAT)

USAT 10-Dec 3:31pm (C)Yahoo

At 3:59PM ET: **1.60** ↓ 0.09 (5.33%)

Enter Symbol(s):
e.g. YHOO, ^DJI    [ Get Quote ]
Symbol Lookup

Get streaming real-time quotes - Free Trial

Quote data delayed 15 minutes for Nasdaq, NYSE and Amex. For delay times on other exchanges see exchange table.

| **Re: Rights offering** | 17-Aug-09 08:22 am |
|---|---|

The rights offering was a desperation maneuver for survival... no other sources would fund them therefore they went back to people like you.

Did your vast research include the fact that since their inception, USAT has always claimed to have the best technology and during the past decade the value of the stock has declined by 99.99%, the company has never made a profit, and the cumulative loss to investors has been $168M+???

Based on your presumption that best products win, we assume you are reinvesting you profits from Lotus 123 and WordPerfect into USAT??

PS: they have no "new" products... only variants of 10 year old technology



michael_moo...

View Messages
Ignore User
Report Abuse

**Sentiment : Strong Sell**

**Rating :**
★★★★★ (1 Rating)

**Rate it:**
☆☆☆☆☆

SPONSORED LINKS

Free Penny Stocks Alerts - We Pick & Profile Soaring Stocks. Receive Our Penny Free Stock Alerts.
www.stockpicktrading.com

Stock Picks Analyst 1000% - Buy Mundus Group Inc. Hot Stocks - Potential Price of $0.68 - Big Gain
www.stocksource.us

Palo Alto Flooring - Find prescreened floor contractors in Palo Alto CA in just one click.

| **Re: Rights offering** | 17-Aug-09 09:03 am |
|---|---|

So your saying that the company has lost 99.9 % of equity for their shareholders

slvfx

and that in USA Technologies desperation for additional funding they went back and offered to these same 10,000 shareholders the rights offering that was fully funded by them to raise 14.7 million dollars.

That sounds like a vote of confidence to me.



57/Male
Pennsylvani...

View Messages

Ignore User

Report Abuse

**Rating :**
★★★★★ (1 Rating)

**Rate it:**
☆☆☆☆☆

---

**Re: Rights offering**                              17-Aug-09 09:06 am

By the way the 14.7 Million is the most money raised by this company at one time during the worst recession since the great Depression.

slvfx



57/Male
Pennsylvani...

View Messages

Ignore User

Report Abuse

**Rating :**
★★★★★ (1 Rating)

**Rate it:**
☆☆☆☆☆

---

**Re: Rights offering**                              17-Aug-09 10:34 am

Slvfx-

michael_moo...

As we illustrated very clearly with the IP discussions on this board, your ramblings are without merit, are not in anyway based on fact (or even common sense reasoning), and are solely for your own personal financial gain.



View Messages

Ignore User

Report Abuse

If you and USAT want the "bashers" like me to go away, the solution is very simple and comprised of just three components:
1. Gain a significant market share ( 50K out of 8M is not significant)
2. Make a profit
3. Financially reward management only after achieving #2

The ball has been in your court for 10+ years... do these three things and we will declare you clairvoyant and USAT the vending technology winner. Until then, we will remain here pointing out the truths related to this SCAM and annoying greedy, dishonest buffoons like you.

**Sentiment : Strong Sell**

**Rating :**
★★★★★ (1 Rating)

**Rate it:**
☆☆☆☆☆

---

**Re: Rights offering**                              17-Aug-09 11:07 am

These are some of the facts...

slvfx

EPORT EDGE is 1/2 the cost of its nearest competitors reader.

USAT is the only company which has (OTA) over the air updating for the software.



57/Male
Pennsylvani...

View Messages

Ignore User

Report Abuse

It sells 10x more credit card units than its nearest competitor in Vending

USAT has no debt and 20 million in cash.

About 60 patents in vending and growing

contractors.clicksmart.com

Good Penny Stocks - Find a list of penny stocks with good fundamentals.
GoodPennyStocks47.com

Usat has an exclusive contract with Compass group for 75% of their cashless business.

The list goes on and on...

**Rating :**
★★★★★ (1 Rating)

**Rate it:**
☆☆☆☆☆ 

---

### Re: Rights offering                                    17-Aug-09 12:17 pm

Slvfx- Your "facts" are immaterial. You have had 15 years and $168M to make a PROFIT and FAILED.

michael_moo...

Predictions: another $4M quarterly loss, sub $1 stock by year end, more executive bonuses in the annual report, and more idiocy from Slvfx & others with a vested interest in this SCAM continuing.

View Messages

Ignore User

PS: you really should talk to the nurse about changing your medication and a fresh diaper might be in order as well!!!

Report Abuse

**Sentiment : Strong Sell**

**Rating :**
★★★★★ (1 Rating)

**Rate it:**
☆☆☆☆☆ 

---

### Re: Rights offering                                    17-Aug-09 01:28 pm

So the strongest case you can make for your side is slvfx in diapers.

portofcall1...

Could you please give the board a legitimate reason why you have posted here for all this time when you admit that you are not a shareholder, ex-employee or employee or owner of another company?

View Messages

If I was this company I would make a filing with the court to find out exactly who you are and what your intentions are especially with no reason to be here. I would think your statements could justify a lawsuit against you.

Ignore User

Report Abuse

**Sentiment : Strong Buy**

**Rating :**
★★★★★ (2 Ratings)

**Rate it:**
☆☆☆☆☆ 

---

### Re: Rights offering                                    17-Aug-09 02:04 pm

"Badges? We don't need no stinking badges!"

stokklerk

Since when is it necessary to have "legitimate reasons" to post on this or any other Yahoo stock chatroom?

44/Male
Sand Deigo

What are "legitimate reasons"? Are they what you say they are?

View Messages

The poster Michael Moore has said nothing that isn't in the public record for USAT. The uninterrupted negative earnings, the market share, the executive compensation: it's all a matter of public record.

Ignore User

Report Abuse

A reader who has a suspicious turn of mind--not I, of course--might see the situation as you trying to intimidate Moore with the threat of a suit. That's not especially smart. The discovery process might bear some interesting fruit. For all anyone knows, you could be with USAT.

Interesting, no?

USAT: soft Ponzi?

**Rating :**
★★★★★ (1 Rating)

**Rate it:**
☆☆☆☆☆

See more replies

**View:** Simple | Summary | Expanded                    Page 1 of about 1    First | < Prev | Next > | Last
**As:** Threaded | Msg List

< Newer Topic | Older Topic >

Copyright 2009 © Yahoo! Inc.  All right reserved. Terms of Service - Copyright/IP Policy - Send Feedback - Help
We collect personal information on this site. For more information please see our Privacy Policy - About Our Ads.

# STOKKLERK STATEMENT FROM AUGUST 17, 2009 AT 7:49PM

New User? Sign Up | Sign In | Help   Get Yahoo! Toolbar   Yahoo!   Mail

# YAHOO!® FINANCE

| Search | | Web Search |

What improvements would you like in Yahoo! Finance Message Boards? Please send us feedback.

## USA Technologies Inc. - Quote Info

Message Boards Settings

Search : [              ] in [USA Technologies Inc. bo ▾] [Search]   ▷ Advanced Search

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks U > USA Technologies Inc.

View all Topics | View all Messages | < Newer Topic | Older Topic >

Get Message Board for: [        ] [GO]

ADVERTISEMENT

**View:** Simple | Summary | Expanded
**As:** Threaded | Msg List

Page 1 of about 1  First | < Prev | Next > | Last

### Messages in Topic

Minimum rating: [2 stars + unrated ▾] What's this?

---

**Rights offering**                                    16-Aug-09 09:04 am

Just invested in rights offering after much research. The new products are far
superior to competition of USAT and cost less. Best products will win this space.

tech_invest...



49/Female
Wayne, Penn...

View Messages
Ignore User
Report Abuse

Sentiment : Strong Buy

Rating :
★★★★★ (1 Rating)

Rate it:
☆☆☆☆☆

[Reply]

---

**Re: Rights offering**                               17-Aug-09 08:22 am

The rights offering was a desperation maneuver for survival... no other sources
would fund them therefore they went back to people like you.

Did your vast research include the fact that since their inception, USAT has always
claimed to have the best technology and during the past decade the value of the
stock has declined by 99.99%, the company has never made a profit, and the
cumulative loss to investors has been $168M+???

Based on your presumption that best products win, we assume you are reinvesting
you profits from Lotus 123 and WordPerfect into USAT??

PS: they have no "new" products... only variants of 10 year old technology

michael_moo...

View Messages
Ignore User
Report Abuse

Sentiment : Strong Sell

Rating :
★★★★★ (1 Rating)

Rate it:
☆☆☆☆☆

[Reply]

⋮  See replies above

---

**Re: Rights offering**                               17-Aug-09 02:26 pm

---

## USA Technologies Inc. (USAT)

USAT 10-Dec 3:31pm (C)Yahoo!

(chart: 1.70, 1.65, 1.60, 1.55 — 10am 12pm 2pm 4pm)

At 3:59PM ET: **1.60** ↓ 0.09 (5.33%)

Enter Symbol(s): [        ] [Get Quote]
e.g. YHOO, ^DJI

Symbol Lookup

Get streaming real-time quotes - Free Trial

Quote data delayed 15 minutes for Nasdaq, NYSE and
Amex. For delay times on other exchanges see
exchange table.

### SPONSORED LINKS

Free Penny Stocks Alerts - We Pick & Profile
Soaring Stocks. Receive Our Penny Free Stock
Alerts.
www.stockpicktrading.com

Stock Picks Analyst 1000% - Buy Mundus Group
Inc. Hot Stocks - Potential Price of $0.68 - Big
Gain
www.stocksource.us

Palo Alto Flooring - Find prescreened floor
contractors in Palo Alto CA in just one click.

Wow this is the most activity this board has had in as long as I have watched this stock. To add 2 cents, I am curious to see how much, if at all SAC and Wellington have bumped up their ownership through the rights offering. I have only been invested in the stock for a bit over a year. Overall a little underwater, but the potential is there for a nice advance. That is if they do install as many eports as it looks possible. The names of their partners are certainly credible. I don't know why Moore and klerk keep bashing, might even be the same poster. Did he or they lose a lot on this and have a hardon for the company? Do they work for a hedge fund who is short? Ex- employee, who knows. slv fox is either an insider or close to the company, or just a pretty big holder. Just seems that now that they have nearly 50,000 devises in use, with more supposedly coming online, it seems a cheap play. Exec compensation does seem a bit outrageous for the delivery so far. I would prefer to see them loaded up with stock rather than get hi 6 or 7 figure salaries. But if they can get this company profitable in the next 6 months or so, certainly possible if the installations pick up, then I won't have any complaints.

dzeeman500...



View Messages

Ignore User

Report Abuse

**Rating :**
★★★★★ (1 Rating)

**Rate it:**
☆☆☆☆☆

contractors.clicksmart.com

Good Penny Stocks - Find a list of penny stocks with good fundamentals.
GoodPennyStocks47.com

---

### Re: Rights offering

17-Aug-09 05:36 pm

Some people on this board are bizarre... this is the shareholder only, positive feedback only message board? Possible legal action? Profitable in 6 months???

I have previously stated my reasons for posting here... I came across this company years ago, saw it for what it was, and cannot believe people are still "investing". The strongest case against USAT is their 10 year stock chart, 10-Q's and Annual Reports... hopefully I won't be sued for making such a bold statement.
Over the past ten years, MANY people have invested in this stock based on their great story, great technology, untapped market, etc.etc.etc. The story has not changed over the years, the management team has not changed, and the results have not changed.

As for a break even or a profit- the math is fairly simple...they have fixed cost of $16M−$18M/yr and a gross margin of 20%-25%... that means break even is at $65M−$90M... they need 4X-5X current revenues to BREAK EVEN... has anyone from this company projected 4X-5X revenue growth for 2009 or 2010 or 2011 or 2012???

I do not know why I am still surprised but I am. Best of luck to all!!!

michael_moo...



View Messages

Ignore User

Report Abuse

**Sentiment : Strong Sell**

**Rating :**
★★★★★ (1 Rating)

**Rate it:**
☆☆☆☆☆

---

### Re: Rights offering

17-Aug-09 07:49 pm

I charge you with being the same poster as slvfx. Prove you're not him. Prove you're not with USAT.

Okay? Get it?

USAT: soft Ponzi?

stkklerk



44/Male
Sand Deigo

View Messages

Ignore User

Report Abuse

**Rating :**
★★★★★ (1 Rating)

**Rate it:**
☆☆☆☆☆

---

**View:** Simple | Summary | Expanded
**As:** Threaded | Msg List

Page 1 of about 1   First | < Prev | Next > | Last

< Newer Topic | Older Topic >

Copyright 2009 © Yahoo! Inc.  All right reserved. Terms of Service - Copyright/IP Policy - Send Feedback - Help
We collect personal information on this site. For more information please see our Privacy Policy - About Our Ads.

# STOKKLERK STATEMENT FROM AUGUST 18, 2009 AT 8:23AM

New User? Sign Up | Sign In | Help
Get Yahoo! Toolbar
Yahoo!     Mail

# YAHOO! FINANCE

| Search | | Web Search |

What improvements would you like in Yahoo! Finance Message Boards? Please send us feedback.

## USA Technologies Inc. - Quote Info

Message Boards Settings

Search :  [                    ] in [ USA Technologies Inc. bo... ▾] Search

▷ Advanced Search

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks U > USA Technologies Inc.

View all Topics | View all Messages    < Newer Topic | Older Topic >

Get Message Board for: [        ] GO

ADVERTISEMENT

**View:** Simple | Summary | Expanded
**As:** Threaded | Msg List

Page 1 of about 1  First | < Prev | Next > | Last

### Messages in Topic

Minimum rating: [ 2 stars + unrated ▾] What's this?

---

**Eport Connect**                                    17-Aug-09 08:32 pm

This is a great service. It's mostly profit with most of the work being already done.

slvfx

57/Male
Pennsylvani...

View Messages
Ignore User
Report Abuse

**Rating :**
★★★★★ (1 Rating)

**Rate it:**
☆☆☆☆☆

[ Reply ]

---

**Re: Eport Connect**                                18-Aug-09 07:21 am

"mostly profit"??? USAT...profit???

Show me a profit and I'll go away... Promise!!!

michael_moo...

44/Male

View Messages
Ignore User
Report Abuse

**Sentiment:** Strong Sell

**Rating :**
★★★★★ (1 Rating)

**Rate it:**
☆☆☆☆☆

[ Reply ]

---

**Re: Eport Connect**                                18-Aug-09 08:23 am

USAT is "mostly profit" for Mssrs. Jensen and Herbert, most of the work already having been done. To keep the plates spinning, they occasionally have to concoct a scheme to take in new money. But that aside... So far, so good, no?

The impartial observer wonders if and when profit will accrue to the company, and be reflected in the share price. If history is a factor--

stokklerk

44/Male
Sand Deigo

---

## Melissa's Taqueria

Melissa's Taqueria offers authentic mexican food and great service.

**Brisbane, CA**                    1 review

## USA Technologies Inc. (USAT)



USAT 10-Dec 3:31pm (C)Yahoo!

At 3:59PM ET: **1.60** ↓ 0.09 (5.33%)

Enter Symbol(s): [        ] Get Quote
e.g. YHOO, ^DJI

Symbol Lookup

Get streaming real-time quotes - Free Trial

Quote data delayed 15 minutes for Nasdaq, NYSE and Amex. For delay times on other exchanges see exchange table.

### SPONSORED LINKS

Stock Investment Research - Get stock research derived from Artificial Intelligence.
www.tdmresearch.com

Zell Associates -- Property Management - Full Service Prop Mgmt in Palo Alto, Apartments 2-200, Homes, since '74
www.zell.com

Stock Market Charts for Better Investing - Improve your investing and make more money, with Stock Market Charts from Jadco

http://finance.yahoo.com/q/bc?s=USAT&t=m...

View Messages

Ignore User

Report Abuse

Performance Investing! Click to see our free stock market chart samples.
www.jadco.com

fixed asset management - Call for Expert QuickBooks Setup, Consulting & Training.
www.bdstratton.com

--corporate profits don't seem to be around the corner or just over the horizon.

By golly, I think that I've inadvertently mentioned three characteristics of a soft Ponzi scheme: outsized payments in the form of executive compensation in a failing enterprise; interesting schemes to take in new money; the notion that success is just over the horizon.

USAT: soft Ponzi?

**Rating :**
★★★★★ (1 Rating)

**Rate it:**
☆☆☆☆☆

View: Simple | Summary | Expanded      Page 1 of about 1   First | < Prev | Next > | Last
As: Threaded | Msg List

< Newer Topic | Older Topic >

Copyright 2009 © Yahoo! Inc.  All right reserved. Terms of Service - Copyright/IP Policy - Send Feedback - Help
We collect personal information on this site. For more information please see our Privacy Policy - About Our Ads.

# STOKKLERK STATEMENT FROM AUGUST 18, 2009 AT 10:23AM

# YAHOO! FINANCE

| Search | | Web Search |

What improvements would you like in Yahoo! Finance Message Boards? Please send us feedback.

## USA Technologies Inc. - Quote Info

Message Boards Settings

Search : [                    ] in [USA Technologies Inc. bo ▾]  [ Search ]

▷ Advanced Search

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks U > USA Technologies Inc.

View all Topics | View all Messages | < Newer Topic | Older Topic >

Get Message Board for: [        ] [GO]

ADVERTISEMENT

**View:** Simple | Summary | Expanded
**As:** Threaded | Msg List

Page 1 of about 1  First | < Prev | Next > | Last

### Messages in Topic

Minimum rating: [ 2 stars + unrated ▾]  What's this?

**Eport**                                                                18-Aug-09 10:11 am

Eport cashless system is the lowest cost of any vending cashless system in the market today.

Eport is the #1 volume cashless system for vending out there today.

Eport is the #1 cashless system in vending today that holds the most patents for its technology.

Eport takes all forms of Credit Cards.

Mastercard,Visa and Discover Card have all given millions of dollars to USA TECHNOLOGIES to seed the market because they are the best.

USA Technologies has been first to the vending market with contactless using rfid.

USA Technologies is first to the vending market with ota technology.

I believe they were also first to the market with wireless hook-up

There has been a steady progression in their eport product since the begining.

Name one company in the vending field who has beat them in all these categories.

You can't name anybody who has come even close to their accomplishments in these areas.

The company is now at the tipping point for cashless in the Industry. The company has secured the spot by contracting with the #1 foodservice organization in the United States to penetrate the market.

slvfx

57/Male
Pennsylvani...

View Messages
Ignore User
Report Abuse

**Rating :**                     **Rate it:**
★★★★★ (1 Rating)          ☆☆☆☆☆

---

### USA Technologies Inc. (USAT)



At 3:59PM ET: **1.60**  ↓ 0.09 (5.33%)

Enter Symbol(s): [        ] [Get Quote ▸]
e.g. YHOO, ^DJI
Symbol Lookup

Get streaming real-time quotes - Free Trial

Quote data delayed 15 minutes for Nasdaq, NYSE and Amex. For delay times on other exchanges see exchange table.

### SPONSORED LINKS

**Free Penny Stocks Alerts** - We Pick & Profile Soaring Stocks. Receive Our Penny Free Stock Alerts.
www.stockpicktrading.com

**Stock Picks Analyst 1000%** - Buy Mundus Group Inc. Hot Stocks - Potential Price of $0.68 - Big Gain
www.stocksource.us

**Palo Alto Flooring** - Find prescreened floor contractors in Palo Alto CA in just one click.

---

**Re: Eport**                                                           18-Aug-09 10:23 am

slvfx post, dated 31-Dec-2007:

"I started investing in the company through Private Placements back in the beginning of the company around 1992. The units i purchased consisted of 1000 shares of preferred stock along with a lot of common. The cost of the prefered was around 10.00 per share. We were given common I think at .001 a share. I can't remember the original numbers but I think the first placement we got 50,000 shares per $10,000 unit. Follow on placements were 25,000 shares lots. The preferred stock has a dividend of 12%

stokklerk

44/Male
Sand Deigo

View Messages

per year. A ahare of preferred today if the company was sold is somewhere close to $30 a share. It trades right now about 8.00 a share.

I have bought and sold common throughout the time I have been in the stock.I hold my original purchases of preferred.

I still believe that the people would prefer to pay with credit because of the problems with dollar accepters. I believe George has always positioned usat as the number 1 go to vender for cashless. I still continue to believe this."

------------------------------------------------------------

USAT: soft Ponzi?

**Rating :**
★★★★★ (2 Ratings)

Ignore User

Report Abuse

**Rate it:**
☆☆☆☆☆

contractors.clicksmart.com

Buy Stocks - $4 Fee - No Account or Investment Minimums. Cheap Investment Options. www.ShareBuilder.com

**View:** Simple | Summary | Expanded
**As:** Threaded | Msg List

Page 1 of about 1   First | < Prev | Next > | Last

< Newer Topic | Older Topic >

Copyright 2009 © Yahoo! Inc.  All right reserved. Terms of Service - Copyright/IP Policy - Send Feedback - Help
We collect personal information on this site. For more information please see our Privacy Policy - About Our Ads.

# STOKKLERK STATEMENT FROM AUGUST 18, 2009 AT 12:26PM

New User? Sign Up | Sign In | Help                    Get Yahoo! Toolbar                    Yahoo!    Mail

# YAHOO! FINANCE

| Search | | Web Search |
|---|---|---|

What improvements would you like in Yahoo! Finance Message Boards? Please send us feedback.

## USA Technologies Inc. - Quote Info

Search : [ ............................. ] in [ USA Technologies Inc. bo... ] [ Search ]

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks U > USA Technologies Inc.

View all Topics | View all Messages    < Newer Topic | Older Topic >

Get Message Board for: [ _____ ] [ GO ]

ADVERTISEMENT

View: Simple | Summary | Expanded
As: Threaded | Msg List

Page 1 of about 1  First | < Prev | Next > | Last

## Messages in Topic

Minimum rating: [ 2 stars + unrated ▾ ] What's this?

---

**Redbox**                                                        18-Aug-09 10:33 am

REDBOX- Now this REALLY IS THE BIGGEST THING to hit vending in years... they have gone from $0 to $389M in just seven years and will double again in the next year.

http://www.usatoday.com/money/media/2009...

michael_moo...

I cannot believe they are not using USAT... they are paying twice the price for lesser technology and violating USAT's patent protection. It just doesn't make sense???

View Messages
Ignore User
Report Abuse

Slvfx... call them today!!! Tell them your top 10 reasons why USAT is better. Win this account and you will be our hero and savior of USAT!!!

**Rating :**                          **Rate it:**
★★★★★ (2 Ratings)          ☆☆☆☆☆

---

**Re: Redbox**                                                    18-Aug-09 11:51 am

If any recent vending development put the lie to USAT growth, it's Redbox.

stokklerk

Management must have looked at USAT. That they passed on USAT is telling. There is much more to selling a package, than first to market, patents and a low entry price.

44/Male
Sand Deigo

Do readers know which company(s) got the contract for cashless in the Redbox machines?

View Messages
Ignore User
Report Abuse

**Rating :**                          **Rate it:**
★★★★★ (2 Ratings)          ☆☆☆☆☆

---

**Re: Redbox**                                                    18-Aug-09 12:07 pm

Redbox is in the business of the videos. They developed their own system.

slvfx

These sales are for sales and rental of videos.
This is not a company that markets transaction devices to the vending industry.

57/Male
Pennsylvani...

Try again.

View Messages

---

### USA Technologies Inc. (USAT)



USAT 10-Dec 3:31pm (C)Yahoo!
1.70
1.65
1.60
1.55
    10am   12pm    2pm    4pm

At 3:59PM ET: **1.60** ↓ 0.09 (5.33%)

Enter Symbol(s):          [ Get Quote ]
e.g. YHOO, ^DJI
                    Symbol Lookup

Get streaming real-time quotes - Free Trial

Quote data delayed 15 minutes for Nasdaq, NYSE and Amex. For delay times on other exchanges see exchange table.

---

**SPONSORED LINKS**

Stock Market Charts for Better Investing - Improve your investing and make more money, with Stock Market Charts from Jadco Performance Investing! Click to see our free stock market chart samples.
www.jadco.com

Free Penny Stocks Alerts - We Pick & Profile Soaring Stocks. Receive Our Penny Free Stock Alerts.
www.stockpicktrading.com

---

★★★★★ (1 Rating)      ☆☆☆☆☆

Ignore User

Report Abuse

Stock Picks Analyst 1000% - Buy Mundus Group Inc. Hot Stocks - Potential Price of $0.68 - Big Gain
www.stocksource.us

Palo Alto Flooring - Find prescreened floor contractors in Palo Alto CA in just one click.
contractors.clicksmart.com

**Re: Redbox**                                    18-Aug-09 12:26 pm

I don't give a hoot what their business model is. You stick a credit card in the slot, a video pops out. Video, cup of coffee: makes no difference. The machines have to be stocked and re-stocked.

At the end of the day, the fact remains that Redbox did a wireless workaround USAT and stuck the patents up USAT's ass. You try again.

USAT: soft Ponzi?

**Rating :**                    **Rate it:**
★★★★★ (2 Ratings)      ☆☆☆☆☆

stokklerk



44/Male
Sand Deigo

View Messages

Ignore User

Report Abuse

**Re: Redbox**                                    18-Aug-09 01:38 pm

Slvfx-

Oh, I see now... USAT does cashless for crackers, gum, chips, candy bars and soda but not DVD's. And you only work with vending machines that take cash and credit, not machines that take only credit. Smart thinking!!!

I am seriously thinking about changing my modus operandi here... if there are really that many dumb people out there with that much money to "invest", rather than point out deficiencies and complain about this SCAM, I should start my own SCAM. Come up with a story and some hype and watch the money roll in. Put a few friends on the compensation committee and we're off to the races!!! I really think I have been approaching this all wrong.

**Rating :**                    **Rate it:**
★★★★★ (2 Ratings)      ☆☆☆☆☆

michael_moo...

View Messages

Ignore User

Report Abuse

**View:** Simple | Summary | Expanded          Page 1 of about 1   First | < Prev | Next > | Last
**As:** Threaded | Msg List

< Newer Topic | Older Topic >

Copyright 2009 © Yahoo! Inc.  All right reserved. Terms of Service - Copyright/IP Policy - Send Feedback - Help
We collect personal information on this site. For more information please see our Privacy Policy - About Our Ads.

# STOKKLERK STATEMENT FROM AUGUST 19, 2009 AT 9:15AM

New User? Sign Up | Sign In | Help      Get Yahoo! Toolbar        Yahoo!    Mail

## YAHOO! FINANCE

| Search | | Web Search |
| --- | --- | --- |

What improvements would you like in Yahoo! Finance Message Boards? Please send us feedback.

### USA Technologies Inc. - Quote Info

Message Boards Settings

Search : [ ] in [ USA Technologies Inc. bo... ▾ ] [ Search ]    ▷ Advanced Search

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks U > USA Technologies Inc.

           View all Topics | View all Messages   < Newer Topic | Older Topic >

Get Message Board for: [ ] [ GO ]

ADVERTISEMENT

**View:** Simple | Summary | Expanded
**As:** Threaded | Msg List            Page 1 of about 1   First | < Prev | Next > | Last

### Messages in Topic

Minimum rating: [ 2 stars + unrated ▾ ] [GO] What's this?

**100 Trades, 92 Wins**

Last October, I gave my readers
100 stocks that had the best chance
of doubling.

Since then, 24 have
more than doubled.

My average return is
+63.7% while 92 out of
the 100 stocks are up.

Not bad for a free service.

Get my next pick here >

Mike Turner
STREETAUTHORITY

---

**USA Technology maintains Credit card security**      18-Aug-09 05:06 pm

Heartland Payment Systems mentioned in the article...

http://online.wsj.com/article/SB12505366...'s_Most_Popular

AUGUST 19, 2009.Arrest in Epic Cyber Swindle the Text .
By SIOBHAN GORMAN
A 28-year-old American, believed by prosecutors to be one of the nation's cybercrime kingpins, was indicted Monday along with two Russian accomplices on charges that they carried out the largest hacking and identity-theft caper in U.S. history.

Federal prosecutors alleged the three masterminded a global scheme to steal data from more than 130 million credit and debit cards by hacking into the computer systems of five major companies, including Hannaford Bros. supermarkets, 7-Eleven and Heartland Payment Systems Inc., a credit-card processing company.

U.S. Secret Service courtesy of wired.com Photo of Albert Gonzalez released to wired.com by Secret Service

The indictment in federal district court in New Jersey marks the latest and largest in at least five years of crime that has brought its alleged orchestrator, Albert Gonzalez of Miami, in and out of federal grasp. Detained in 2003, Mr. Gonzalez was briefly an informant to the Secret Service before he allegedly returned to commit even bolder crimes.

Authorities have previously alleged that Mr. Gonzalez was the ringleader of a data breach that siphoned off more than 40 million credit-card numbers from TJX Cos. and others in recent years, costing the parent company of the TJ Maxx retail chain about $200 million.

Mr. Gonzalez is in federal custody in Brooklyn, N.Y., awaiting trial for alleged efforts to hack into the network of the national restaurant chain Dave & Buster's Inc. He also faces charges in Boston in the TJX matter.

The alleged thefts in Monday's indictment took place from October 2006 to May 2008.

Mr. Gonzalez is a "very important player in a sophisticated ring that has real results at the street level of bank, retail, debit- and credit-card fraud," said Seth Kosto, an assistant U.S. attorney in New Jersey who specializes in computer fraud.

**Rating :** ★★★★★ (1 Rating)         **Rate It:** ☆☆☆☆☆

sIVfx
57/Male
Pennsylvani...

View Messages
Ignore User
Report Abuse

---

**Re: USA Technology maintains Credit card security**      18-Aug-09 05:57 pm

Thanks for the tip. I had planned to go to Vegas and play roulette until I lost every dime. But now that I know USAT maintains credit card security, I'll convert my stake into USAT shares and achieve the same result while never leaving the comfort of my home.

**Rating :** ★★★★★ (1 Rating)         **Rate It:** ☆☆☆☆☆

stokklerk
44/Male
Sand Deigo

View Messages
Ignore User
Report Abuse

---

**Re: USA Technology maintains Credit card security**      18-Aug-09 10:09 pm

### USA Technologies Inc. (USAT)

USAT 10-Dec 3:31pm (C)Yahoo!
1.70
1.65
1.60
1.55
   10am   12pm   2pm   4pm

At 3:59PM ET: **1.60** ⬇ 0.09 (5.33%)

Enter Symbol(s): [ ] [ Get Quote ]
e.g. YHOO, ^DJI    Symbol Lookup

Get streaming real-time quotes - Free Trial

Quote data delayed 15 minutes for Nasdaq, NYSE and Amex. For delay times on other exchanges see exchange table.

### SPONSORED LINKS

Free Penny Stocks Alerts - We Pick & Profile Soaring Stocks. Receive Our Penny Free Stock Alerts.
www.stockpicktrading.com

Stock Picks Analyst 1000% - Buy Mundus Group Inc. Hot Stocks - Potential Price of $0.68 - Big Gain
www.stocksource.us

Palo Alto Flooring - Find prescreened floor contractors in Palo Alto CA in just one click.
contractors.clicksmart.com

stock investment - Learn About Different Stocks and The Stock Market For Free At Our Site
www.freehotpennystocks.com

I never thought I would say this but I'm almost embarrassed and sad for Slvfx... how pathetic and inane.

michael_moo...



View Messages
Ignore User
Report Abuse

**Sentiment :** Strong Sell

**Rating :**
★★★★★ (2 Ratings)

**Rate it :**
☆☆☆☆☆

---

**Re: USA Technology maintains Credit card security**                19-Aug-09 08:46 am

This coming from someone who post on a board for two years not owning any of the stock. You might want to look at yourself in a mirror to ask the question. "What am I doing wasting my life away on something that doesn't concern me?"

slvfx



57/Male
Pennsylvani...

View Messages
Ignore User
Report Abuse

**Rating :**
★★★★★ (1 Rating)

**Rate it :**
☆☆☆☆☆

---

**Re: USA Technology maintains Credit card security**                19-Aug-09 09:15 am

This coming from someone who would sell his soul for a 12% dividend.

You might want to look at yourself in a mirror and ask the question, "How do I sleep at night when I know full well that I'm trying to talk investors into buying a company that has already drained the pockets of investors north of $100 million, and shows no sign of ever making a profit?"

http://finance.yahoo.com/q/bc?s=USAT&t=m...

USAT: soft Ponzi?

stokklerk



44/Male
Sand Deigo

View Messages
Ignore User
Report Abuse

**Rating :**
★★★★★ (2 Ratings)

**Rate it :**
☆☆☆☆☆

---

**Re: USA Technology maintains Credit card security**                19-Aug-09 09:30 am

There is no requirement for stock ownership to post on this board and your logic makes no sense whatsoever... if only shareholders posted on this board, the only opinions would be overly positive propaganda like the rubbish you post here i.e. "Heartland got hacked so buy USAT?". There are two side to every debate... you present company sponsored hype and I point out the factual deficiencies with this company and management.

I would not consider my efforts a "waste"... if even one potential investor avoids this SCAM, my efforts will have been worth it. JUST THINK HOW MANY TENS OF MILLIONS OF DOLLARS COULD HAVE BEEN SAVED IF PEOPLE HAD LISTENED TO MY POSTS 5 YEARS AGO!!! You're just angry you did not listen to me years ago... you are stuck holding preferring shares you cannot sell in hopes of USAT paying an accumulated 12% dividend that is not documented on their balance sheet... ouch!!!

You are the perfect spokesperson for this SCAM, I'm fine with who I see in the mirror and I sleep very well at night knowing I have $0 invested in USAT.

michael_moo...



View Messages
Ignore User
Report Abuse

**Sentiment :** Strong Sell

**Rating :**
★★★★★ (2 Ratings)

**Rate it :**
☆☆☆☆☆

---

**Re: USA Technology maintains Credit card security**                19-Aug-09 10:28 am

nice to see your still supplying us with tidbits;
GET LONGER!

stbom65



64/Male
Appleton, W...

View Messages
Ignore User
Report Abuse

**Rating :**
★★★★★ (1 Rating)

**Rate it :**

---

☆☆☆☆☆

**View:** Simple | Summary | Expanded                                    Page 1 of about 1   First | < Prev | Next > | Last
**As:** Threaded | Msg List

< Newer Topic | Older Topic >

Copyright 2009 © Yahoo! Inc.  All right reserved. Terms of Service - Copyright/IP Policy - Send Feedback - Help
We collect personal information on this site. For more information please see our Privacy Policy - About Our Ads.

# STOKKLERK
# STATEMENT FROM
# AUGUST 19, 2009
# AT 4:35PM

New User? Sign Up | Sign In | Help                    Get Yahoo! Toolbar                    Yahoo!      Mail

# YAHOO! FINANCE

| Search | Web Search |

What improvements would you like in Yahoo! Finance Message Boards? Please send us feedback.

## USA Technologies Inc. - Quote Info

Message Boards Settings

Search :  [            ]  in  [USA Technologies Inc. bo...▼]  [ Search ]

▷ Advanced Search

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks U > USA Technologies Inc.

View all Topics | View all Messages    < Newer Topic | Older Topic >

Get Message Board for:  [        ]  [ GO ]

View: Simple | Summary | Expanded
As: Threaded | Msg List                    Page 1 of about 1   First | < Prev | Next > | Last          ADVERTISEMENT

## Messages in Topic

Minimum rating: [2 stars + unrated ▼]  What's this?

### Put some skin on the table                    19-Aug-09 12:32 pm

You say your not a shareholder because its going down. Even to the point where you
think the company is going out of business. If you believe it is then short the stock
and then lets have a debate.

slvfx

57/Male
Pennsylvani...

View Messages
Ignore User
Report Abuse

**Rating :**
★★★★★ (2 Ratings)          **Rate it:**  ☆☆☆☆☆

### Re: Put some skin on the table                    19-Aug-09 12:34 pm

The preferred sold for .90 three years ago. It's climed up to 9.50 a share. That's 10x
increase. Why were you not smart enough to make that play!

slvfx

57/Male
Pennsylvani...

View Messages
Ignore User
Report Abuse

**Rating :**
★★★★★ (1 Rating)          **Rate it:**  ☆☆☆☆☆

### Re: Put some skin on the table                    19-Aug-09 12:36 pm

Your telling me my preferred stock is going to be worthless in a year. Sell the
preferred short and make ten times your money.Put your money where your
mouth is. Get some skin in the game.

slvfx

57/Male
Pennsylvani...

View Messages
Ignore User

**Rating :**          **Rate it:**

---

### USA Technologies Inc. (USAT)

USAT 10-Dec 3:31pm (C)Yahoo!

At 3:59PM ET: **1.60** ↓ 0.09 (5.33%)

Enter Symbol(s):  [        ]  [ Get Quote ]
e.g. YHOO, ^DJI
Symbol Lookup

Get streaming real-time quotes - Free Trial

Quote data delayed 15 minutes for Nasdaq, NYSE and
Amex. For delay times on other exchanges see
exchange table.

SPONSORED LINKS

Free Penny Stocks Alerts - We Pick & Profile
Soaring Stocks. Receive Our Penny Free Stock
Alerts.
www.stockpicktrading.com

Stock Picks Analyst 1000% - Buy Mundus Group
Inc. Hot Stocks - Potential Price of $0.68 - Big
Gain
www.stocksource.us

Palo Alto Flooring - Find prescreened floor
contractors in Palo Alto CA in just one click.

★★★★★ (1 Rating)    ☆☆☆☆☆                    Report Abuse

contractors.clicksmart.com

how to invest in the stock market - Learn About
Different Stocks and The Stock Market For Free
At Our Site
www.freehotpennystocks.com

**Re: Put some skin on the table**                    19-Aug-09 12:39 pm

Knowing what you know for all these years you should have made a ton of money
shorting the stock.Get in the game Michael. Put some skin on the table.

slvfx

57/Male
Pennsylvani...

View Messages
Ignore User
Report Abuse

Rating :                    Rate it:
★★★★★ (1 Rating)          ☆☆☆☆☆

---

**Re: Put some skin on the table**                    19-Aug-09 02:02 pm

The vast majority of brokers, mine included, do not allow margin or shorting
for stocks selling below $5 but you can ask me again after the next reverse
split!!!

PS: you need to check your meds

michael_moo...

View Messages
Ignore User
Report Abuse

Sentiment : Strong Sell

Rating :                    Rate it:
★★★★★ (2 Ratings)         ☆☆☆☆☆

---

**Re: Put some skin on the table**                    19-Aug-09 03:37 pm

For someone who says he has the skills that you do should know there are
386000 shares shorted right now and if you put the energy into it that you
have put in this board you could have shorted the stock after a few calls.

slvfx

57/Male
Pennsylvani...

View Messages
Ignore User
Report Abuse

Rating :                    Rate it:
★★★★★ (2 Ratings)         ☆☆☆☆☆

---

**Re: Put some skin on the table**                    19-Aug-09 03:43 pm

Whats stopping you from shorting the $9.50 preferred? With your thinking a
10,000 share short will make you $100,000 within the year. Put some skin on
the table. Back-up your talk with action.

PS: My meds work great! Suggest you see your Doctor right away...

slvfx

57/Male
Pennsylvani...

View Messages
Ignore User
Report Abuse

Rating :                    Rate it:
★★★★★ (1 Rating)          ☆☆☆☆☆

☆☆☆☆☆

**Re: Put some skin on the table**                    19-Aug-09 04:35 pm

Sauce for the goose is sauce for the gander. What stopped you from shorting USAT?

stokklerk

Nine years of steady decline. Nine years of losses.

44/Male
Sand Deigo

http://finance.yahoo.com/q/bc?s=USAT&t=m...

The money was lying in the street waiting to be picked up. A big short of USAT on your part would have buried one-hundredfold any potential profits you seek to make from your long position, the latter profits remaining completely theoretical, while the short money was real as real can be. You left the money sitting in the street. Yet you have no trouble faulting others for doing the same. I don't think you'll be winning prizes for ethics or financial acuity any time soon.

View Messages

Ignore User

Report Abuse

USAT: soft Ponzi?

**Rating :**                         **Rate it:**
★★★★★ (2 Ratings)              ☆☆☆☆☆

---

**Re: Put some skin on the table**                    20-Aug-09 08:17 am

Slvfx- only you would recommend shorting a stock after it has lost 99.9% of its value.

michael_moo...

Let's wait for the annual report which I'm certain will contain GREAT NEWS... maybe they made a profit in Q4... maybe the execs will be taking a big pay cut... maybe they will announce the payment date for your preferred shares???

View Messages

Ignore User

I'm guessing I will probably want to go long rather than short after this annual report!!!

Report Abuse

**Sentiment : Strong Sell**

**Rating :**                         **Rate it:**
★★★★★ (1 Rating)               ☆☆☆☆☆

---

**View:** Simple | Summary | Expanded          Page 1 of about 1   First | < Prev | Next > | Last
**As:** Threaded | Msg List

< Newer Topic | Older Topic >

Copyright 2009 © Yahoo! Inc.  All rights reserved. Terms of Service - Copyright/IP Policy - Send Feedback - Help
We collect personal information on this site. For more information please see our Privacy Policy - About Our Ads.

# STOKKLERK STATEMENT FROM AUGUST 24, 2009 AT 10:58AM

New User? Sign Up | Sign In | Help                    Get Yahoo! Toolbar                    Yahoo!    Mail

## YAHOO! FINANCE

Search [                    ]    [ Web Search ]

What improvements would you like in Yahoo Finance Message Boards? Please send us feedback.

## USA Technologies Inc. - Quote Info

Message Boards Settings

Search : [                    ] in [USA Technologies Inc. bo...▼] [ Search ]        ▷ Advanced Search

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks U > USA Technologies Inc.

View all Topics | View all Messages    < Newer Topic | Older Topic >

Get Message Board for: [        ] ( GO )

**View:** Simple | Summary | Expanded            Page 1 of about 1  First | < Prev | Next > | Last            ADVERTISEMENT

**As:** Threaded | Msg List

## Messages in Topic

Minimum rating: [ 2 stars + unrated ▼] What's this?

---

**USAT closes Compass for big start of adoption**                    21-Aug-09 06:22 pm

75% of all Compass business. These guys are the biggest food service organization in the states. Potential of several hundred thousand vending machines for the eport.

slvfx

57/Male
Pennsylvani...

View Messages
Ignore User
Report Abuse

**Rating :**
★★★★★ (2 Ratings)

**Rate it:**
☆☆☆☆☆

[ Reply ]

---

**Re: USAT closes Compass for big start of adoption**                    22-Aug-09 08:05 pm

And now for the facts without the slvfx spin, hype, errors, and omissions:

The Compass deal is for 75% of the machines that will be deemed "cashless"... this is a very small subset of the total machine population.

As slvfx also referenced, Compass utilizes cold drink machines owned by Coke and Pepsi. This contract does not give Compass or USAT authorization to retrofit Coke/Pepsi equipment with USAT cashless.

Bottomline: this is a deal with a major player but not a firm commitment for "hundreds of thousands" of machines. During the past 15 years, USAT has signed MANY deals similar to the Compass deal and NONE has led to significant "adoption".

Best of luck and can't wait to see the annual report!!!

**Sentiment :** Strong Sell

michael_moo...

View Messages
Ignore User
Report Abuse

**Rating :**
★★★★★ (2 Ratings)

**Rate it:**
☆☆☆☆☆

[ Reply ]

---

**Re: USAT closes Compass for big start of adoption**                    23-Aug-09 08:33 am

Correction to the above.....

slvfx

---

## USA Technologies Inc. (USAT)

USAT 10-Dec 3:31pm (C)Yahoo!

```
1.70
1.65
1.60
1.55
     10am  12pm  2pm  4pm
```

At 3:59PM ET: **1.60**  ↓ 0.09 (5.33%)

Enter Symbol(s): [            ] [ Get Quote ]
e.g. YHOO, ^DJI
                    Symbol Lookup

Get streaming real-time quotes - Free Trial

Quote data delayed 15 minutes for Nasdaq, NYSE and Amex. For delay times on other exchanges see exchange table.

### SPONSORED LINKS

**Free Penny Stocks Alerts** - We Pick & Profile Soaring Stocks. Receive Our Penny Free Stock Alerts.
www.stockpicktrading.com

**Stock Picks Analyst 1000%** - Buy Mundus Group Inc. Hot Stocks - Potential Price of $0.68 - Big Gain
www.stocksource.us

**Palo Alto Flooring** - Find prescreened floor contractors in Palo Alto CA in just one click.

This contract does give Compass or USAT authorization to retrofit Coke/Pepsi equipment with USAT cashless readers. Coke and Pepsi give their machines to Compass.



57/Male
Pennsylvani...

contractors.clicksmart.com

Buy Stocks - $4 Fee - No Account or Investment Minimums. Cheap Investment Options.
www.ShareBuilder.com

View Messages
Ignore User
Report Abuse

Rating :
★★★★★ (1 Rating)

Rate it:
☆☆☆☆☆

---

**Re: USAT closes Compass for big start of adoption**     23-Aug-09 08:38 am

You forget that there isn't any competitor even close to USAT in the Vending Industry.

slvfx



57/Male
Pennsylvani...

View Messages
Ignore User
Report Abuse

Rating :
★★★★★ (1 Rating)

Rate it:
☆☆☆☆☆

---

**Re: USAT closes Compass for big start of adoption**     24-Aug-09 07:54 am

Coke and Pepsi "give" (transfer ownership and all rights) their equipment to Compass???

RE: Competition vs. USAT
Marketing Theory 101 would say:

No Competition + No Profit = No Market Potential

But we all know there is a HUGE market potential here so that only leaves one other option- inept management (who have been not only retained but rewarded in grand fashion for their inability to capitalize on this HUGE opportunity)

Sentiment : Strong Sell

michael_moo...



View Messages
Ignore User
Report Abuse

Rating :
★★★★★ (2 Ratings)

Rate it:
☆☆☆☆☆

---

**Re: USAT closes Compass for big start of adoption**     24-Aug-09 08:22 am

PS: there are other places to invest your money...

http://finance.yahoo.com/echarts?s=USAT#...^gspc+^dji+^ixic;
indicator=volume;charttype=line;crossh air=on;ohlcvalues=0;logscale=on;
source=undefined

michael_moo...



View Messages
Ignore User
Report Abuse

Rating :
★★★★★ (2 Ratings)

Rate it:
☆☆☆☆☆

---

**Re: USAT closes Compass for big start of adoption**     24-Aug-09 10:02 am

USATP would have been one:

http://finance.yahoo.com/echarts?s=USATP...

**Rating :**
★★★★★ (1 Rating)

**Rate it:**
☆☆☆☆☆

---

**Re: USAT closes Compass for big start of adoption**     24-Aug-09 10:58 am

USATP: "Avg Vol: N/A"

Zero liquidity. Two trades in two weeks. Wonderful investment. Thanks for recommending it.

USAT: soft Ponzi?

stokklerk



44/Male
Sand Deigo

View Messages

Ignore User

Report Abuse

**Rating :**
★★★★★ (2 Ratings)

**Rate it:**
☆☆☆☆☆

---

**Re: USAT closes Compass for big start of adoption**     24-Aug-09 12:33 pm

Otherwise known as "Nobody wants to sell at these prices."

slvfx

57/Male
Pennsylvani...

View Messages

Ignore User

Report Abuse

**Rating :**
★★★★★ (1 Rating)

**Rate it:**
☆☆☆☆☆

---

**Re: USAT closes Compass for big start of adoption**     24-Aug-09 01:00 pm

Otherwise known as no liquidity. First rule of investing: no liquidity, no consideration as an investment opportunity.

USAT: soft Ponzi?

stokklerk

44/Male
Sand Deigo

View Messages

Ignore User

Report Abuse

**Rating :**
★★★★★ (2 Ratings)

**Rate it:**
☆☆☆☆☆

---

**Re: USAT closes Compass for big start of adoption**     24-Aug-09 03:32 pm

If you paid attention you would see buyers and sellars. There is a bid at 9 and a sellar at 9.50...Why don't you short it if you think its in

slvfx

trouble?

57/Male
Pennsylvani...

View Messages

Ignore User

Report Abuse

**Rating :**
★★★★★ (No ratings)

**Rate it:**
☆☆☆☆☆

` ..· See more replies

**View:** Simple | Summary | Expanded                    Page 1 of about 1    First | < Prev | Next > | Last
**As:** Threaded | Msg List

< Newer Topic | Older Topic >

Copyright 2009 © Yahoo! Inc.  All right reserved. Terms of Service - Copyright/IP Policy - Send Feedback - Help
We collect personal information on this site. For more information please see our Privacy Policy - About Our Ads.

# STOKKLERK STATEMENT FROM AUGUST 24, 2009 AT 1:00PM

New User? Sign Up | Sign In | Help          Get Yahoo! Toolbar          Yahoo!      Mail


**YAHOO! FINANCE**

| Search | | **Web Search** |



▸ **PeopleSoft (HCM...**
With more than 120, 000
partners and staff in...
San Jose, CA

▸ **Auto Damage Adj...**
Are you ready to start your
CAREER with one o...
San Jose, CA

What improvements would you like in Yahoo! Finance Message Boards? Please send us feedback.

## USA Technologies Inc. - Quote Info

Message Boards Settings

Search :  [                    ] in [USA Technologies Inc. bo... ◆]  **Search**

▷ Advanced Search

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks U > USA Technologies Inc.

View all Topics | View all Messages     < Newer Topic | Older Topic >

Get Message Board for: [        ] ( GO )

ADVERTISEMENT

**View:** Simple | Summary | Expanded
**As:** Threaded | Msg List

Page 1 of about 1   First | < Prev | Next > | Last

### Messages in Topic

Minimum rating: [2 stars + unrated ◆] What's this?

---

**USAT closes Compass for big start of adoption**                    21-Aug-09 06:22 pm

75% of all Compass business. These guys are the biggest food service organization in
the states. Potential of several hundred thousand vending machines for the eport.

slvfx

57/Male
Pennsylvani...

View Messages

Ignore User

Report Abuse

**Rating :**
★★★★★ (2 Ratings)

**Rate it:**
☆☆☆☆☆

---

**Re: USAT closes Compass for big start of adoption**                22-Aug-09 08:05 pm

And now for the facts without the slvfx spin, hype, errors, and omissions:

The Compass deal is for 75% of the machines that will be deemed "cashless"... this
is a very small subset of the total machine population.

As slvfx also referenced, Compass utilizes cold drink machines owned by Coke and
Pepsi. This contract does not give Compass or USAT authorization to retrofit
Coke/Pepsi equipment with USAT cashless.

Bottomline: this is a deal with a major player but not a firm commitment for
"hundreds of thousands" of machines. During the past 15 years, USAT has signed
MANY deals similar to the Compass deal and NONE has led to significant
"adoption".

Best of luck and can't wait to see the annual report!!!

michael_moo...

View Messages

Ignore User

Report Abuse

**Sentiment :** Strong Sell

**Rating :**
★★★★★ (2 Ratings)

**Rate it:**
☆☆☆☆☆

---

**Re: USAT closes Compass for big start of adoption**                23-Aug-09 08:33 am

Correction to the above.....

slvfx

---

### USA Technologies Inc. (USAT)



USAT 10-Dec 3:31pm (C)Yahoo!
```
1.70
1.65
1.60
1.55
     10am   12pm   2pm   4pm
```

At 3:59PM ET:  **1.60**  ↓ 0.09 (5.33%)

Enter Symbol(s): [        ] ( Get Quote )
e.g. YHOO, ^DJI

Symbol Lookup

Get streaming real-time quotes - Free Trial

Quote data delayed 15 minutes for Nasdaq, NYSE and
Amex. For delay times on other exchanges see
exchange table.

---

**SPONSORED LINKS**

**Free Penny Stocks Alerts** - We Pick & Profile
Soaring Stocks. Receive Our Penny Free Stock
Alerts.
www.stockpicktrading.com

**Stock Picks Analyst 1000%** - Buy Mundus Group
Inc. Hot Stocks - Potential Price of $0.68 - Big
Gain
www.stocksource.us

**Palo Alto Flooring** - Find prescreened floor
contractors in Palo Alto CA in just one click.

---

1 of 4

12/10/09 1:38 PM

This contract does give Compass or USAT authorization to retrofit Coke/Pepsi equipment with USAT cashless readers. Coke and Pepsi give their machines to Compass.



57/Male
Pennsylvani...

View Messages
Ignore User
Report Abuse

contractors.clicksmart.com

Buy Stocks - $4 Fee - No Account or Investment Minimums. Cheap Investment Options. www.ShareBuilder.com

**Rating :**
★★★★★ (1 Rating)

**Rate it:**
☆☆☆☆☆

---

### Re: USAT closes Compass for big start of adoption    23-Aug-09 08:38 am

You forget that there isn't any competitor even close to USAT in the Vending Industry.

slvfx

57/Male
Pennsylvani...

View Messages
Ignore User
Report Abuse

**Rating :**
★★★★★ (1 Rating)

**Rate it:**
☆☆☆☆☆

---

### Re: USAT closes Compass for big start of adoption    24-Aug-09 07:54 am

Coke and Pepsi "give" (transfer ownership and all rights) their equipment to Compass???

RE: Competition vs. USAT
Marketing Theory 101 would say:

No Competition + No Profit = No Market Potential

But we all know there is a HUGE market potential here so that only leaves one other option- inept management (who have been not only retained but rewarded in grand fashion for their inability to capitalize on this HUGE opportunity)

michael_moo...



View Messages
Ignore User
Report Abuse

**Sentiment :** Strong Sell

**Rating :**
★★★★★ (2 Ratings)

**Rate it:**
☆☆☆☆☆

---

### Re: USAT closes Compass for big start of adoption    24-Aug-09 08:22 am

PS: there are other places to invest your money...

http://finance.yahoo.com/echarts?s=USAT#...^gspc+^dji+^ixic;
indicator=volume;charttype=line;crossh air=on;ohlcvalues=0;logscale=on;
source=undefined

michael_moo...



View Messages
Ignore User
Report Abuse

**Rating :**
★★★★★ (2 Ratings)

**Rate it:**
☆☆☆☆☆

---

### Re: USAT closes Compass for big start of adoption
24-Aug-09 10:02 am

USATP would have been one:

http://finance.yahoo.com/echarts?s=USATP...

Rating :
★★★★★ (1 Rating)

Rate it:
☆☆☆☆☆

### Re: USAT closes Compass for big start of adoption
24-Aug-09 10:58 am

USATP: "Avg Vol: N/A"

Zero liquidity. Two trades in two weeks. Wonderful investment. Thanks for recommending it.

USAT: soft Ponzi?

stokklerk
44/Male
Sand Deigo

View Messages
Ignore User
Report Abuse

Rating :
★★★★★ (2 Ratings)

Rate it:
☆☆☆☆☆

### Re: USAT closes Compass for big start of adoption
24-Aug-09 12:33 pm

Otherwise known as "Nobody wants to sell at these prices."

slvfx
57/Male
Pennsylvani...

View Messages
Ignore User
Report Abuse

Rating :
★★★★★ (1 Rating)

Rate it:
☆☆☆☆☆

### Re: USAT closes Compass for big start of adoption
24-Aug-09 01:00 pm

Otherwise known as no liquidity. First rule of investing: no liquidity, no consideration as an investment opportunity.

USAT: soft Ponzi?

stokklerk
44/Male
Sand Deigo

View Messages
Ignore User
Report Abuse

Rating :
★★★★★ (2 Ratings)

Rate it:
☆☆☆☆☆

### Re: USAT closes Compass for big start of adoption
24-Aug-09 03:32 pm

If you paid attention you would see buyers and sellars. There is a bid at 9 and a sellar at 9.50...Why don't you short it if you think its in

slvfx

Case3:09-mc-80275-SI   Document16-5   Filed12/11/09   Page45 of 50

trouble?

57/Male
Pennsylvani...

View Messages

Ignore User

Report Abuse

**Rating :**
★★★★★ (No ratings)

**Rate it:**
☆☆☆☆☆

See more replies

**View:** Simple | Summary | Expanded
**As:** Threaded | Msg List

Page 1 of about 1   First | < Prev | Next > | Last

< Newer Topic | Older Topic >

Copyright 2009 © Yahoo! Inc.  All right reserved. Terms of Service - Copyright/IP Policy - Send Feedback - Help
We collect personal information on this site. For more information please see our Privacy Policy - About Our Ads.

# STOKKLERK STATEMENT FROM AUGUST 24, 2009 AT 5:29PM

New User? Sign Up | Sign In | Help

Get Yahoo! Toolbar · Yahoo! · Mail

## YAHOO! FINANCE

| Search | | Web Search |

What improvements would you like in Yahoo! Finance Message Boards? Please send us feedback.

### USA Technologies Inc. - Quote Info

Message Boards Settings

Search :  _____  in  USA Technologies Inc. bo ▾  Search

▷ Advanced Search

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks U > USA Technologies Inc.

View all Topics | View all Messages    < Newer Topic | Older Topic >

**View:** Simple | Summary | Expanded
**As:** Threaded | Msg List

Page 1 of about 1   First | < Prev | Next > | Last

Get Message Board for:  ____  GO

ADVERTISEMENT

### Messages in Topic

Minimum rating: 2 stars + unrated ▾  What's this?

---

**Why did Compass pick USAT?**                    24-Aug-09 12:36 pm

Answer the question please Mr Moore and Mr Stokklerk?

slvfx

57/Male
Pennsylvani...

View Messages
Ignore User
Report Abuse

**Rating :**
★★★★★ (2 Ratings)

**Rate it:**
☆☆☆☆☆

---

**Re: Why did Compass pick USAT?**                24-Aug-09 01:05 pm

1. Um, because the chicken crossed the road?

2. Because of all the companies in the sector, USAT was the most desperate, and most amenable, therefore, to, how shall I say, give away the store?

3. Because the recession has done deep damage to the vending industry and it doesn't matter?

4. All of the above?

stokklerk

44/Male
Sand Deigo

View Messages
Ignore User
Report Abuse

**Rating :**
★★★★★ (2 Ratings)

**Rate it:**
☆☆☆☆☆

---

**Re: Why did Compass pick USAT?**                24-Aug-09 01:39 pm

Let me help you by giving some concrete reasons which most people will appreciate.

1. Most technologicaly advanced equipment and systems. EPort and eport connect.

2. Peace of mind knowing their purchases are protected with patents so they don't have to pay a price later in the game from a competitor.

3. Lowest pricing in the Industry.

slvfx

57/Male
Pennsylvani...

View Messages
Ignore User

---

### USA Technologies Inc. (USAT)



USAT 10-Dec 3:31pm (C)Yahoo!

At 3:59PM ET: **1.60** ↓ 0.09 (5.33%)

Enter Symbol(s):  ____  Get Quote
e.g. YHOO, ^DJI

Symbol Lookup

Get streaming real-time quotes - Free Trial

Quote data delayed 15 minutes for Nasdaq, NYSE and Amex. For delay times on other exchanges see exchange table.

**SPONSORED LINKS**

Free Penny Stocks Alerts - We Pick & Profile Soaring Stocks. Receive Our Penny Free Stock Alerts.
www.stockpicktrading.com

Stock Picks Analyst 1000% - Buy Mundus Group Inc. Hot Stocks - Potential Price of $0.68 - Big Gain
www.stocksource.us

Palo Alto Flooring - Find prescreened floor contractors in Palo Alto CA in just one click.

4. Full financial and intellectual backing by Mastercard, Visa, Discover and American Express.

5. Largest volume of readers in the country for vending.

PCI Certified along with other certifications in the field.

These are just a few reasons.

**Rating :**
★★★★★ (2 Ratings)

**Rate it:**
☆☆☆☆☆

Report Abuse

contractors.clicksmart.com

Buy Stocks - $4 Fee - No Account or Investment Minimums. Cheap Investment Options.
www.ShareBuilder.com

---

### Re: Why did Compass pick USAT?                24-Aug-09 02:14 pm

For all the same reasons the companies listed below selected USAT and the project WILL FAIL for the exact same reasons. You continue to deal in hypothetical's and what it's; we continue to provide FACTS:


michael_moo...

View Messages
Ignore User
Report Abuse

September 8, 2004- MEI and USA Technologies Join Forces to Bring Cash and Credit Solutions to the North American Marketplace
August 12, 2004- Crane Merchandising Systems Adds e-Port® Cashless Solution to Portfolio of Offerings
July 27, 2004- Universal Vending Management Adopts USA Technologies' Intelligent Vending® Solutions
July 7, 2004- Ritz Carlton Among 17 New Hotels to Become Business Express® Customers
June 3, 2004- North County Vending Selects USA Technologies to Convert Vending Machines From Cash to Cashless
February 12, 2004- Sony Chooses USA Technologies' e-Port™ Cashless Payment System for Nationwide PictureStation™ Network
January 12, 2004- Motient and USA Technologies Join Forces to Bring 10,000 Vending Machines Online
October 3, 2005- KRh Thermal Systems and USA Technologies Agree to Deploy the e-Port® System in 500 Locations
June 29, 2005- CineVend Selects USA Technologies' e-Port To Provide Cashless Vending for Movies and Soundtracks
January 26, 2005- USA Technologies e-Port® Cashless Solution Turns Regal Cinema's Vending Project Into a Success
October 7, 2004- Coca-Cola Bottler First to Install Smaller, More Affordable e-Port® Cashless Technology
November 14, 2006- USA Technologies Launches World's First Self Contained Roving Business Center on Wheels
October 27, 2006- Bank of America Chooses USA Technologies' e-Port® for Credit Vending Program
June 27, 2006- MasterCard, Philadelphia Coca-Cola Bottling Company and USA Technologies Introduce Contactless "Tap & Go™" Payment Technology in Vending Machines
May 24, 2006- Blackboard Becomes USA Technologies' Reseller to Expand Distribution of e-Suds™ Online Laundry Service to Colleges and Universities Nationwide
September 22, 2005- USA Technologies' e-Port® Enables Golf Ball Dispensing Machines to Accept Credit Cards; Technology Driving Increase in Sales and Customer Satisfaction
April 9, 2007- Coca-Cola United, Nation's Third Biggest Bottler, to Convert Vending Machines to Cashless Credit Card Payments
April 24, 2007- Six Leading Vending Companies Install USA Technologies e-Port® Technology to Accept MasterCard™ PayPass® Contactless Payments
Oct. 25, 2002 - CineMachine, Inc., a joint venture of USA Technologies and Entertainment Concepts, Inc., announced today the rollout of the CineMachine™ in the University market.
December 22, 2004- USA Technologies Enters Into an Exclusive International Distribution Agreement
October 26, 2004- USA Technologies Signs Five-year Contract With U.S. Federal Government's General Services Administration
November 14, 2002- USA Technologies to Launch e-Port™ in Japan
January 8, 2003- USA Technologies Expands Networking Technology Into Global Automotive Telematics Market
April 22, 2003- USA Technologies Expands into Quick Serve Restaurant Business

**Sentiment : Strong Sell**

★★★★★ (2 Ratings)    ☆☆☆☆☆

### Re: Why did Compass pick USAT?                    24-Aug-09 02:31 pm

It looks like USAT had plans to take over the world!!! I think the last three deals are my favorites- e-Ports in Japan, Automotive Telematics, and Quick Service Restaurants!!!

TOO FUNNY!!!

michael_moo...



View Messages

Ignore User

Report Abuse

**Sentiment : Strong Sell**

**Rating :**                  **Rate it:**
★★★★★ (2 Ratings)    ☆☆☆☆☆

---

### Re: Why did Compass pick USAT?                    24-Aug-09 03:06 pm

WAIT... there are a few more USAT deals gone south we failed to mention:

Xerox, Sprint, IBM, DoubleClick, Wayport, Maristar, Minolta, Mail Boxes Etc., Prime Hospitality, Marriott, Lexmark, Kodak, Sheraton, Maytag, Best Western, Holiday Inn, etc. etc.etc.

Every single deal had the "potential" to generate HUGE PROFITS... to date, only HUGE LOSSES for USAT.

There is always that complicated part somewhere between the press release and the income statement... but I'm certain that has all changed with the Compass deal and the annual report will indicate a profit going forward???

michael_moo...



View Messages

Ignore User

Report Abuse

**Sentiment : Strong Sell**

**Rating :**                  **Rate it:**
★★★★★ (2 Ratings)    ☆☆☆☆☆

---

### Re: Why did Compass pick USAT?                    24-Aug-09 03:41 pm

You don't seem to understand that USAT is the go to company for all concerned with cashless in vending. You still refuse to give me someone who has better partners, lower price and all the things I pointed out earlier.

There is noone else!!!!!!!!!!!!!!!!!!!!!!!!!!!

slvfx



57/Male
Pennsylvani...

View Messages

Ignore User

Report Abuse

**Rating :**                  **Rate it:**
★★★★★ (1 Rating)    ☆☆☆☆☆

---

### Re: Why did Compass pick USAT?                    24-Aug-09 05:29 pm

There is one problem, and it's insurmountable: the perfectly inverse relationship between your pitching of USAT for the myriad terrific reasons one should invest in it, and the company's performance over the same period of time. Behold:

http://finance.yahoo.com/q/bc?s=USAT&t=m...

stokklerk

44/Male
Sand Deigo

The problem is insurmountable for the reason that, to anyone who considers himself a decent investor, your words cannot be quantified, they're just white noise, easily ignored, while the horrific performance of the company over the same period of time that you saw gold in USAT--see above chart--can be quantified down to the dollar.

USAT: soft Ponzi?

(btw: are you educated beyond high school? Your spelling is atrocious. Today it's "earlier.")

View Messages

Ignore User

Report Abuse

**Rating :**
★★★★★ (No ratings)

**Rate it:**
☆☆☆☆☆

---

**View:** Simple | Summary | Expanded
**As:** Threaded | Msg List

Page 1 of about 1   First | < Prev | Next > | Last

< Newer Topic | Older Topic >

Copyright 2009 © Yahoo! Inc.  All right reserved. Terms of Service - Copyright/IP Policy - Send Feedback - Help
We collect personal information on this site. For more information please see our Privacy Policy - About Our Ads.