**(2 minutes)**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 12/18/09

Case No.   C-09-80275 MISC   SI            Judge:   SUSAN ILLSTON

Title: USA TECHNOLOGIES   -v- JOHN DOE

Attorneys: J. Williams             K. Opsahl, M. Zimmerman, D. Given

Deputy Clerk: Tracy Sutton   Court Reporter: L. Zinn

## PROCEEDINGS

1)   Motion to Quash - HELD

2) _____

3) _____

Order to be prepared by:  ( )Pltf   ( )Deft   ( X )Court

Disposition :  ( X ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED PART

Case continued to   @ **3:00 p.m..** for Further Case Management Conference

Case continued to   @ **9:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to   @ **3:30 p.m.**  for Pretrial Conference

Case continued to   @ **8:30 a.m.**  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING: