Matthew Zimmerman, Esq. (SBN 212423)
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993
Email: mattz@eff.org

David M. Given, Esq. (SBN 142375)
Nicholas A. Carlin, Esq. (SBN 112532)
PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street, 35th Floor
San Francisco, California 94111
Telephone: (415) 398-0900
Facsimile: (415) 398-0911

Attorneys for Defendant-Movant JOHN DOE "STOKKLERK"

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| USA TECHNOLOGIES, INC., <br><br> Plaintiff-Respondent, <br><br> vs. <br><br> JOHN DOE, a.k.a. "STOKKLERK" <br><br> Defendant-Movant. | Docket No. CV 09-80275-MISC-SI <br><br> **DEFENDANT'S LOCAL RULE 7-13 NOTICE THAT DEFENDANT-MOVANT'S MOTION TO QUASH HAS BEEN UNDER SUBMISSION FOR MORE THAN 120 DAYS** <br><br><br> COURTROOM: 10, 19th Floor <br> JUDGE: Hon. Susan Illston |

Defendant-Movant John Doe (a.k.a. Stokklerk) hereby gives notice pursuant to Local Rule 7-13 that his motion to quash Plaintiff-Respondent USA Technologies's subpoena to Yahoo! seeking John Doe's identity, which the court took under submission following a hearing on December 18, 2009, has been under submission for more than 120 days.

As of April 27, 2010, eight months have passed since USA Technologies filed its defamation suit against John Doe in the Eastern District of Pennsylvania, a matter that effectively remains on hold pending the outcome of John Doe's motion to quash filed with this Court. (Since John Doe's motion to quash was filed, District Court Judge DuBois (overseeing the underlying defamation suit brought in the Eastern District of Pennsylvania against John Doe by USA Technologies, case no. 09-3899) has issued five orders requiring updates from the Plaintiff regarding its attempts to serve John Doe with the complaint, and by extension updates requiring its attempts to subpoena John Doe's identity.)

Defendant-Movant John Doe respectfully requests that the Court issue an order deciding John Doe's motion to quash so that the underlying lawsuit can begin moving forward towards final resolution.

DATED: May 13, 2010          By   /s/ Matt Zimmerman
                                  Matthew Zimmerman, Esq. (SBN 212423)
                                  ELECTRONIC FRONTIER
                                  FOUNDATION
                                  454 Shotwell Street
                                  San Francisco, CA 94110
                                  Telephone: (415) 436-9333
                                  Facsimile: (415) 436-9993

                                  Attorneys for Defendant-Movant
                                  JOHN DOE "STOKKLERK"

1

CV 09-80275-MISC-SI   DEFENDANTS'S LOCAL RULE 7-13 NOTICE THAT DEFENDANT'S MOTION TO QUASH HAS BEEN UNDER SUBMISSION FOR MORE THAN 120 DAYS