Matthew Zimmerman, Esq. (SBN 212423)
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993
Email: mattz@eff.org

David M. Given, Esq. (SBN 142375)
Nicholas A. Carlin, Esq. (SBN 112532)
PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street, 35th Floor
San Francisco, California 94111
Telephone: (415) 398-0900
Facsimile: (415) 398-0911

Attorneys for Defendant-Movant JOHN DOE
"STOKKLERK"

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| USA TECHNOLOGIES, INC., <br><br> Plaintiff-Respondent, <br><br> vs. <br><br> JOHN DOE, a.k.a. "STOKKLERK" <br><br> Defendant-Movant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Docket No. CV 09-80275-MISC-SI <br><br> **STIPULATION AND [PROPOSED] ORDER RE SETTLEMENT AND DEADLINE FOR ATTORNEY'S FEES MOTION** <br><br> Local Rules 6-2, 54-5 |

## STIPULATION OF THE PARTIES

WHEREAS, the parties through their respective attorneys have agreed in principle to settle

the matter and intend to dismiss with prejudice any further proceedings between USA

Technologies, Inc. ("USAT") and JOHN DOE, a.k.a. "STOKKLERK" ("STOKKLERK") in this and the related Pennsylvania federal action; and

WHEREAS, the parties have exchanged drafts of a settlement agreement and expect and intend to have that document completed and executed in the next seven to ten days; and

WHEREAS, the parties agree that the deadline for Defendant STOKKLERK to move for his costs and attorney's fees in this proceeding should be continued for one week, from Tuesday, June 1, 2010 to Tuesday, June 8, 2010;

NOW, THEREFORE, the parties stipulate and agree to extend the aforementioned deadline and respectfully request the Court to so order in accordance with Local Rules 6-2 and 54-5.

DATED: May 28 2010

By _____

Matthew Zimmerman, Esq. (SBN 212423)
ELECTRONIC FRONTIER
FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Attorneys for Defendant-Movant
JOHN DOE "STOKKLERK"

DATED: May __, 2010

By _____

David M. Given, Esq. (SBN 142375)
PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street, 35th Floor
San Francisco, California 94111
Telephone: (415) 398-0900
Facsimile: (415) 398-0911

Attorneys for Defendant-Movant
JOHN DOE "STOKKLERK"

CV 09-80275-MISC-SI                 STIPULATION AND [PROPOSED] ORDER

Technologies, Inc. ("USAT") and JOHN DOE, a.k.a. "STOKKLERK" ("STOKKLERK") in this and the related Pennsylvania federal action; and

WHEREAS, the parties have exchanged drafts of a settlement agreement and expect and intend to have that document completed and executed in the next seven to ten days; and

WHEREAS, the parties agree that the deadline for Defendant STOKKLERK to move for his costs and attorney's fees in this proceeding should be continued for one week, from Tuesday, June 1, 2010 to Tuesday, June 8, 2010;

NOW, THEREFORE, the parties stipulate and agree to extend the aforementioned deadline and respectfully request the Court to so order in accordance with Local Rules 6-2 and 54-5.


DATED: May __, 2010

By _____
    Matthew Zimmerman, Esq. (SBN 212423)
    ELECTRONIC FRONTIER
    FOUNDATION
    454 Shotwell Street
    San Francisco, CA 94110
    Telephone: (415) 436-9333
    Facsimile: (415) 436-9993


    Attorneys for Defendant-Movant
    JOHN DOE "STOKKLERK"

DATED: May 18, 2010

By _____
    David M. Given, Esq. (SBN 142375)
    PHILLIPS, ERLEWINE & GIVEN LLP
    50 California Street, 35th Floor
    San Francisco, California 94111
    Telephone: (415) 398-0900
    Facsimile: (415) 398-0911

    Attorneys for Defendant-Movant
    JOHN DOE "STOKKLERK"

CV 09-80275-MISC-SI          STIPULATION AND [PROPOSED] ORDER          2

PHILLIPS, ERLEWINE
& GIVEN LLP
50 California Street, 35th Floor
San Francisco, CA 94111
(415) 398-0900

1

2

3   DATED: May 2X, 2010        By _____
                               Jeffrey R. Williams, Esq. (SBN 84156)
4                              SCHIFF HARDIN LLP
                               One Market, 32nd Floor
5                              San Francisco, California 94105
                               Telephone: (415) 901-8700
6                              Facsimile: (415) 901-8701

7                              Attorneys for Plaintiff-Respondent
                               USA TECHNOLOGIES, INC.

8

9                                  **ORDER**

10         Upon the foregoing application, for good cause and in accordance with the applicable Local

11   Rules, IT IS SO ORDERED.

12

13

14                             _____
                               U.S.D.J.
15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

CV 09-80275-MISC-SI            STIPULATION AND [PROPOSED] ORDER

PHILLIPS, ERLEWINE
& GIVEN LLP
50 California Street, 35th Floor
San Francisco, CA 94111
(415) 398-0900